BRIGETTE MICHELLE HUIT/BROWNBEY
1104 ½ WEST 105TH STREET
LOS ANGELES CALIFORNIA 90044
3238986528
princessmiaaa963@gmail.com
        PRO SE

FILED
CLERK, U.S. DISTRICT COURT

JAN 3 - 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**CV20-80- PA (JEM)**

| | |
|---|---|
| BRIGETTE MICHELLE HUIT/BROWNBEY | Case No.: Number |
| | |
| Plaintiff, | THREE JUDGE COURT |
| | |
| vs   DEPARTMENT   OF HOMELAND   SECURITY (CREATE)   of   THE UNIVERSITY OF SOUTHERN CALIFORNIA , SECURITY INDUSTRY SPECIALIST INC , FRANK TREVINO | CIVIL RIGHTS COMPLANIT PURSUANT TO 42 U.S.C. SECTION 1983 (NON-PRISONER)
JURY TRAIL DEMANDED   YES |
| | |
| Defendant | |

#### I. JURISDICTION

1.      THIS COURT HAS JURISDUCTION UNDER 28 U.S.C.

section 1331   AND   28   U.S.C. section   1343

FEDERAL   QUESTION   JURISDICTION   ARISES

PURSUANT TO 42 U.S.C. section  1983.

1

## II. VENUE

2. VENUE IS PROPER PURSUANT TO 28 U.S.C. section 1391 BECAUSE MORE THAN 50% OF PARTIES TO THIS COMPLAINT RESIDE IN THE CENTRAL DISTRICT.

BRIGETTE MICHELLE HUIT/
BROWNBey
PRO SE

## III. PARTIES

3.    PLANITIFF    BRIGETTE    MICHELLE    HUIT    RESIDES   AT    1104 ½    WEST    105TH    STREET    IN    THE    CITY    OF    LOS    ANGELES,    BORN    AND    RAISED    AN    AMERICAN    CITIZEN    IN    THE    STATE    OF    CALIFORNIA.    I    AM    AN    DISABLED,    UNEMPLOYED    SINGLE    PARENT    ON    GOVERNMENT    ASSISTANCE ,    RECIEVING    SOCIAL    SECURITY    SUPPLEMENTAL    INCOME    FOR    MYSELF    AND    HEALTHY    FAMILIES    FOR    MY    TWO    YOUNGER    CHILDREN,    OUR    HOUSING    IS    THROUGH    HUD    LOW    INCOME    HOUSING ,    SECTION  8.

4.    DEFENDANT:    DEPARTMENT OF  HOMELAND    SECURITY  ( CREATE )  AT  THE  UNIVERSITY OF    SOUTHERN  CALIFORNIA  (USC)  LOCATED  IN  THE    VITERBI    SCHOOL    OF    ENGINEERING    AT

3650 McCLINTOCK AVENUE LOS ANGELES CALIFORNIA 90089 .

DEFENDANT'S title or position is EMPLOYEES / STUDENTS . THIS DEFENDANT IS SUED IN BOTH HIS / HER INDIVIDUAL AND OFFICIAL CAPACITY.

THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW BECAUSE THE DEPARTMENT OF HOMELAND SECURITY ( CREATE ) EMPLOYEES / STUDENTS HAS MY FAMILY AND I UNDER 24 - HOUR SURVEILLANCE, WHILE WORKING OFFICIAL HOURS OF EMPLOYMENT , IN AND OUT OF HOME , FAMILIAR FACES I SEE WHENEVER I LEAVE MY RESIDENCE NO MATTER THE TIME OF DAY OR NIGHT.

5. DEFENDANT SECURITY INDUSTRY

SPECIALIST INC, LOCATED AT 6071 BRISTOL PARKWAY CULVER CITY, CALIFORNIA 90230

DEFENDANT'S TITLE OR POSITION IS SECURITY SPECIALISTS.

THIS DEFENDANT IS SUED IN BOTH HIS / HER INDIVIDUAL AND OFFICIAL CAPACITY.

THE DEFENDANT WAS ACTING UNDER COLOR OF LAW BECAUSE SECURITY INDUSTRY SPECIALIST INC, HAS MY FAMILY AND I UNDER 24 – HOME SURVEILLANCE WHILE WORKING OFFICIAL HOURS OF EMPLOYMENT, IN AND OUT OF OUR HOME, FAMILIAR FACES WHENEVER I LEAVE MY RESIDENCE NO MATTER THE TIME OF DAY OR NIGHT.

6. DEFENDANT FRANK TREVINO WORKS

FOR THE DEPARTMENT OF HOMELAND SECURITY (CREATE) AS HIS PRIMARY EMPLOYMENT AT THE UNIVERSITY OF SOUTHERN CALIFORNIA LOCATED AT 3650 McCLINTOCK AVENUE LOS ANGELES, CALIFORNIA 90089, TREVINO'S SECOND EMPLOYER IS SECURITY INDUSTRY SPECIALIST INC, LOCATED AT 6701 BRISTOL WAY, CULVER CITY CALIFORNIA 90230.

DEFENDANT 'S TITLE OR POSITION IS SERGEANT FOR DEPARTMENT OF HOMELAND SECURITY (CREATE) AND SECURITY SPECIALIST FOR SECURITY INDUSTRY SPECIALIST INC.

THIS DEFENDANT IS SUED IN BOTH HIS INDIVIDUAL AND OFFICIAL CAPICITY. THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW BECAUSE FRANK TREVINO SOLICITATED AND CONSPIRED WITH HIS PRESENT EMPLOYERS AND LOS ANGELES STREET

GANGMEMBERS, PURSUES AND STALKS ME MORNING NOON AND NIGHT WHILE WORKING HIS OFFICIAL HOURS OF EMPLOYMENT.

## IV. STATEMENT OF FACTS

1.        THE DEPARTMENT OF HOMELAND SECURITY ( CREATE ) BASED ON THE CAMPUS OF THE UNIVERSITY OF SOUTHERN CALIFORNIA , FUNDED BY THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY ( DHS ) AND SECURITY INDUSTRY SPECIALIST INC , BOTH ARE THE PRESENT EMPLOYERS OF FRANK TREVINO , BOTH WERE SOLICITATED BY , JOINTLY CONSPIRED WITH FRANK TREVINO TO PARTICIPATE AND ENGAGE IN THIS CAMPAIGN OF ABUSE AND TERROR AGAINST MY FAMILY .

THE EXHIBITS AND TESTIMONIES INCLUDED IN THIS COMPLAINT WILL SUPPORT IN DETAIL THE ILLNESS , ILLEGAL SURVEILLANCE , STALKING / HARASSMENT , CONTAMINATIONS , CYBER CRIMES , TAMPERING , DESTRUCTION OF PROPERTY , DEFORMATION AND BREAKING AND ENTERING WE SUFFER DAILY AT THE HANDS OF THE PARTIES NAMED IN THIS

COMPLAINT THROUGH THEIR COURSE OF ACTION. AFTER MY ATTEMPT TO FILE A COMPLAINT AGAINST FRANK TREVINO IN APRIL 2015, I MAILED THE COMPLAINT LATE SATURDAY AFTER NOON, THE FOLLOWING MONDAY, I HAD AN DENIAL TO THAT COMPLAINT IN MY MAIL, THE EXHAUSTED REMEDIES INCLUDED IN MY EXHIBITS WILL SHOW ALL ATTEMPTS AT SUBMITTING A COMPLAINT PERTAINING TO THIS ISSUE. MY COMPLAINTS NEVER TRAVEL THE CHAIN OF COMMAND NOR THE MAIL SYSTEM BEFORE I RECEIVE AN DENIAL, IT WAS AFTER MY ATTEMPT TO FILE THIS COMPLAINT THAT FRANK TREVINO BEGAN PULLING ALONG SIDE OF MY CAR, GLARING AT ME BEFORE HE SPEEDS OFF, DAY AFTER DAY, AT TIMES IN DISGUSE, FRANK TREVINO WOULD PULL ALONG SIDE OF MY CAR, GLARE AT ME AND SPEED OFF. THE HOT PURSUITS STARTED A WEEK LATER. I BEGAN TO NOTICE I WAS BEING FOLLOWED,

TRACKED AND REPORTED BACK ON BY AN NUMBER OF INDIVIDUALS .

MOTHER'S DAY 2015 , 530 A. M.    FRANK TREVINO CHASED ME IN HOT PURSUIT ACROSS THE 110 HARBOR FREEWAY , NORTH AND SOUTH DIRECTIONS , THE 10 SANTA MONICA FREEWAY WEST AND EAST DIRECTIONS TO THE 105 GLENN ANDERSON FREEWAY WESTBOUND I WAS SCARED TO DEATH .

THIS IS THE TIME MY FAMILY AND I STARTED BECOMING ILL , WAKING WITH HEADACHES , STOMACH AND BOWEL ISSUES , VOMITING , FATIGUE , WEAKNESS , HAIRLOSS AND WHEN USING OUR HYGIENES WE EXPERIENCE NUMBNESS AND TINGLING SENSATION IN OUR FINGERTIPS AND TOES , WE HAVE BEEN SUBJECTED TO AN ENDLESS BARRAGE OF EMOTIONAL AND PSYCHOLOGICAL ABUSE BROUGHT ON BY THE NAMED PARTIES COURSE OF ACTION , TODAY I AM COMPLETELY BALD .

MY TESTIMONIES INCLUDED IN MY EXHIBITS WERE WRITTEN AFTER AN DAILY EVENT TOOK PLACE

BECAUSE I THOUGHT (CREATE) USC DEPARTMENT OF HOMELAND SECURITY , SECURITY INDUSTRY SPECIALIST INC AND FRANK TREVINO WERE GOING TO MURDER ME BEFORE I FOUND RELIEF FOR MY FAMILY .

MY TESTIMONIES EXPLAIN HOW I CAME TO THE CONCLUSION IT IS (CREATE) USC DEPARTMENT OF HOMELAND SECURITY , SECURIY INDUSTRY SPECIALIST INC AND FRANK TREVINO WHO IS THE CAUSE OF OUR DISTRESS , OUR ILLNESS AND OUR SUFFERING . IT IS THEIR PEOPLE I SEE WHEREVER I GO DAILY , AT THE HOSPITAL WHILE TRYING TO REQUEST HEAVY METAL TESTING, WHICH MY FAMILY AND I WERE DENIED , TO THE TEXAS BOARDER . I BEGAN TO CHRONO DAILY , I WROTE DISCRIPTIONS OF PEOPLE , CARS , LICENSE PLATES , DATES AND TIMES , I HAVE HUNDREDS OF PHOTOS . THEN ITEMS OF EVEDENCE AND THE TOOLS I USED TO AQUIRE THE EVIDENCE, DISAPPEARED FROM MY RESIDENCE ALONG WITH OUR PERSONAL

11

BELONGINGS, THIS CONTINUES TO DATE.

JULY 6 2015, I TOOK MY FAMILY AND FLED THE STATE OF CALIFORNIA OUT OF FEAR. WE WERE FOLLOWED AND TRACKED ALL THE WAY TO THE TEXAS BOARDER.

MAY 2015, I PHONED THE DEPARTMENT OF HOMELAND SECURITY,

I SPOKE WITH FRANK TREVINO, I ASKED HIM WHY WAS HE FOLLOWING ME? TREVINO MADE AN SINISTER SOUNDING CHUCKLE INTO THE RECIEVER AND HUNG UP. AUGUST 2015 WHILE IN TEXAS, I SENT AN EMAIL TO FRANK TREVINO CARE OF THE USC DEPARTMENT OF HOMELAND SECURITY EMAIL ADDRESS, I WAS TOLD I HAD TO HAVE AN LETTER WRITTEN BY SEPTEMBER 14 2015 EXPLAINING THE CIRCUMSTANCES OF MY FIRST CONVICTION AT THE AGE OF SIXTEEN.

I WAS GIVEN THE IMPRESSION TREVINO WAS KIN TO MY VICTIM.

JUNE AND SEPTEMBER 2019, I RAN AN

PIANOGIC ANTI – SPY HIDDEN CAMERA SIGNAL DETECTOR , GSM DEVICE FINDER , WIRELESS CAMERA LENS DETECTOR , RADIO WAVE SIGNAL DETECT MINI CAMERA FULL RANGE WI - FI DETECTOR OVER MY ENTIRE RESIDENCE AND DISCOVERED SURVEILLANCE EQUIPMENT IN OUR MOST PRIVATE AREAS OF THE HOME AS WELL AS IN GENERAL AREAS OF OUR HOME , WITH A DOZEN WITNESSES IN MY RESIDENCE , I WAS INVOLVED IN AN PHYSICAL " TUG OF WAR " FOR PART OF THE SURVEILLANCE CAMERA FOUND IN OUR HOME THERMOSTAT WITH UNKNOWN MEN INSIDE OUR WALLS , WITNESS AND I SAW THE MAN ROLL OUT OF THE WALL TO THE OUTSIDE WORLD AND RUN AWAY . THE CITY OF CARSON SHERIFF'S DEPARTMENT REFUSE TO RESPOND TO MY CALL FOR HELP AND STATED "FRANK TREVINO IS A FRIEND AND A GOOD GUY , THEY, WILL SPEAK TO HIM ON MY BEHALF IF THAT WOULD MAKE ME FEEL BETTER , THEY WILL COME

13

RETRIEVE HIS CAMERA, IF I MYSELF DID NOT WANT TO RETURN THEM TO HIM". THE CARSON SHERRIF'S DEPARTMENT WOULD NOT ALLOW ME TO FILE A REPORT ON THE ISSUE. I LIFTED THE CEILING IN MY BEDROOM CLOSET WITH THE BROOM HANDLE AND HEARD MEN RUNNING ACROSS OUR CEILING, THEIR LANGUAGE WAS NOT ENGLISH. WITH THE USE OF HEALTH METRIC HEAVY METAL TEST AND NIDS ACE RAPID PESTICIDE TEST, I CONDUCTED TESTS ON SIX ITEMS USED DAILY BY MY FAMILY, FOUR OUT OF THE SIX TEST RESULTS PROVE POSITIVE FOR CONTAMINATES, WITH A DOZEN WITNESSES INSIDE MY RESIDENCE, WHILE FEEDING THE NEIGHBORHOOD CHILDREN, ONE CHILD ASKED "WHY DO YOU HAVE THESE NEEDLE HOLES IN YOUR FOOD?" UPON FURTHER INSPECTION, I FOUND NEEDLE SIZED PUNCTURE HOLES IN ALL OF OUR FOODS INCLUDING FROZEN GOODS, PHOTO INCLUDED IN MY EXHIBITS SHOW NEEDLE

SIZED PUNCTURE HOLES IN OUR FROZEN MEATS ONCE DEFROSTED WHICH WE CONTINUE TO EXPERIENCE TO DATE 2019, TODAY I AM COMPLETELY BALD FROM THE HAIRLOSS SUFFERED OVER THESE YEARS OF ABUSE AND TORTURE WITH NO RELIEF FROM THE MANY DOCTORS WE HAVE VISITED. MY CHILDREN AND I CONTINUE TO WAKE EACH MORNNG ILL,

WE CONTINUE TO EXPERIENCE TINGLING AND NUMBNESS OR EXPERIENCE DIZZINESS WHEN WE FEEL VIBRATIONS

AND WHAT APPEARS TO BE SOME SORT OF SONIC BOOM IN OUR EARS. ALL THAT MY FAMILY SUFFERS AND ENDURES DAILY IS AN DIRECT RESULT OF FRANK TREVINO, THE USC DEPARTMENT OF HOMELAND SECURITY (CREATE) AND SECURITY INDUSTRY SPECIALIST INC'S COURSE OF ACTION.

2. THE DEPARTMENT OF HOMELAND SECURITY ( CREATE ) AT USC , SECURITY INDUSTRY SPECIALIST INC , AND LOS ANGELES STREET GANGMEMBERS ALL OF WHOM WERE SOLICITATED BY , CONSPIRED TOGETHER , JOINTLY PARTICIPATES AND ENGAGES WITH FRANK TREVINO IN THIS CAMPAIGN OF EMOTIONAL AND PSYCHOLOGICAL FEAR , DISTRESS AND ABUSE AGAINST MY FAMILY AND MYSELF .

THROUGH THEIR COURSE OF ACTION MY FAMILY , PETS AND I SUFFER CONTINUOUS ILLNESS AND HAIRLOSS . WE ARE STALKED , TRACKED AND REPORTED BACK ON , OUR TECHNOLOGY IS HACKED , MY UTILITIES , FINANCES AND MAIL IS CONSTANTLY TAMPERED WITH , WE HAVE BEEN UNDER SURVEILLANCE IN PRIVATE AREAS OF OUR HOME , BEDROOM , BATHROOMS AND SHOWERS , WE HAVE FOUND CONTAMINATES IN OUR

HOME , OUR NAMES HAVE BEEN SLANDERED , WE ARE UNDER UNWARRENTED ATTACKS FROM NEIGHBORS AND SCHOOL , ALL OF OUR PROPERTY , PERSONAL BELONGINGS AND HOUSEHOLD ITEMS ARE ALTERED , DESTROYED OR DISAPPEAR ALTOGETHER CARS , CLOTHES , HOME DÉCOR AND APPLIANCES .

3. MY FAMILY AND I DO NOT MEET OR FIT ANY CRITERIA THAT WARRENTS THIS ABUSE AND TERROR , NOR DO WE MEET OR FIT ANY CATAGORY WHICH PLACES US IN THE FOCUS OF THESE ENTITIES TO BE UNDER THIS CALIBER OF SURVEILLANCE AND HARASSMENT , WE ARE NOT CANDIDATES FOR COINTELPRO , OR WHATEVER TITLE A COUNTER INTELLIGANCE PROGRAM IS GOING BY WHICH THIS COURSE OF ACTIVITY AND ABUSE FITS THE DIFINITION OF . WE ARE NOT TERRORIST , WE DO NOT

BELONG TO ANY ORGANIZATION, WE ARE AMERICAN CITIZENS WHO DO NOT REQUIRE NOR DESERVE THIS TYPE OF SURVEILLANCE, ABUSE AND TERROR. IN 1981, AT SIXTEEN YEARS OF AGE, I WAS CONVICTED FOR AN 187 pc CASE # 3 7 1 7 2 9 STATE OF CALIFORNIA VS BRIGETTE M. HUIT. THE CASE INVOLVED ANOTHER FEMALE AND MYSELF, WE WERE ATTEMPTING SOMETHING FOR THE FIRST TIME, IT WAS NOT UNTIL MY VICTIM, AN OLDER WHITEMAN, ATTEMPTED TO RETAIN ME IN HIS QUEST TO HAVE SEX WITH UNDER AGED BLACKGIRLS, DID THE SITUATION TURN DEADLY, I SWEAR I WAS DEFENDING MYSELF WHEN THE MAN GRABBED ME, CALLED ME A "DUMB NIGGER BITCH" AND INSISTED I WAS THE BLACKGIRL HE WANTED AND HE WOULD HAVE, STATING "THE BLACKER THE BERRY THE SWEETER THE JUICE" EVERYTHING THAT FOLLOWED, WAS PLACED

ON ME BECAUSE I WAS THE BEARER OF THE FIREARM AND A YEAR OLDER THAN THE FEMALE WHO ITNITALLY WAS TO GO WITH THE VICTIM, SHE WAS FIFTHTEEN AT THE TIME.

I WAS TOLD THERE IS NO SELF-DEFENSE LAWS IN THE STATE OF CALIFORNIA. THUS THE START OF MY CRIMINAL HISTORY, MY LAST CONVICTION, THE RESULT OF AN ARREST MADE BY FRANK TREVINO ON AUGUST 1 2003 CASE # BA 252389 STATE OF CALIFORNIA VS BRIGETTE M HUIT. THIS CASE INVOLVES THE DOORS TO MY RESIDENCE BEING LEFT OPEN BY ANOTHER FEMALE, WHEN I STEPPED OUT OF MY WALK IN CLOSET FRANK TREVINO WAS STANDING IN MY ROOM ALONE. TREVINO AND HIS PARTNER SEARCHED MY ROOM WITHOUT AN SEARCH WARRANT, WHEN THE SEARCH WAS OVER TREVINO ATTEMPTED TO COERCE ME INTO BECOMING AN INFORMANT FOR HIM. TREVINO EXPLAINED HOW THE

INFORMANT GAME WORKED. ON THAT CASE I BAILED OUT AND DID NOT COMPLY WITH FRANK TREVINO'S REQUEST. ONE WEEK AFTER I HAD BAILED OUT, WORD HIT THE STREETS THAT I HAD ASSISTED TREVINO IN THE ARREST OF AN LOS ANGELES STREET GANGMEMBER, WHOM WAS LATER CONVICTED OF MURDER. THIS FALSE STATEMENT BY TREVINO NOT ONLY SLANDERED MY NAME BUT HE PUT MY FAMILY AND MY LIVES IN INSTANT DANGER AND WE HAVE BEEN HIDING EVER SINCE. THE WITNESS LIST HOLDS NAMES OF EX GANGMEMBERS WILLING TO TESTIFY THAT FRANK TREVINO SOLICITATED STREET GANGMEMBERS TO MURDER ME AND CAUSE MY FAMILY HARM. IT WAS DURING THE AUGUST 1 2003 ARREST THAT I SAW THE TRUE NATURE OF FRANK TREVINO, HE WILL USE DECIET, LIES AND CRIMINAL ACTIVITY TO GET WHAT HE WANTS. HE HAS NO LIMITS OR EMPATHY AND THUS FAR NO ONE

TO STOP HIM. I STARTED CHRONICLING, INCLUDED IN MY EXHIBITS ARE THE TESTIMONIES I WROTE AFTER EACH EVENT TOOK PLACE BECAUSE I THOUGHT FRANK TREVINO AND HIS PEOPLE WERE GOING TO MURDER ME AND/OR MY FAMILY. I WROTE DISCRIPTIONS OF PEOPLE, CARS, LICENSE PLATES, AND TOOK HUNDREDS OF PHOTOS, I HANDED AN CHRONO PACKET TO FOUR DIFFERENT INDIVIDUALS WHOSE NAMES APPEAR ON MY WITNESS LIST. EACH TIME I PHOTOGRAPHED SOMEONE I THOUGHT WAS OF MORE IMPORTANCE, MY CELLPHONE WOULD STOP WORKING OR DISAPPEAR FROM MY RESIDENCE, I STATRED KEEPING AN CHRONO OF MY OLD CELLPHONE NUMBERS. FRANK TREVINO IS THE ONLY CONNECTION THAT TIES THE DEPARTMENT OF HOMELAND SECURITY (CREATE) AT THE UNIVERSITY OF SOUTHERN CALIFORNIA AND SECURITY INDUSTRY SPECIALIST INC AND MYSELF.

4. SECURITY INDUSTRY SPECIALIST INC, PROVIDES SECURITY SOLUTIONS, ONE ON ONE SECURITY PROTECTION AND / OR ELABORATE TRACKING AND MONTORING SYSTEMS SERVICES FOR FORTUNE 500 COMPANIES, ENTERTAINMENT EXECUTIVES AND ANY OTHER VENUE NEEDING SECURITY. THE PRIMARY DUTIES OF SECURITY INDUSTRY SPECIALIST INC CONSIST OF INVESTIGATING AND SURVEILLANCE SUPPORT. THEIR BUSINESS SLOGAN IS " WE MEET CHALLENGES USING SOPHISICATED ELECTRONICS AND ON LOCATION OPERATIVES TO MONITOR " .

5. APRIL 2015 2 A.M. WHILE SEARCHING THE INTERNET FOR INFORMATION ON FRANK TREVINO'S EMPLOYMENT, I DISCOVERED

TREVINO'S SECOND PLACE OF EMPLOYMENT WAS OFF DUTY OFFICERS , NOW KNOWN AS SECURITY INDUSTRY SPECIALIST INC. OFF DUTY OFFICER WEBSITE DISPLAYED AN PHOTO OF THE WOMAN WHOM HELD THE SUPERVISING POSITION , A WHITE WOMAN WITH PALE SKIN AND DARK BLACK HAIR PULLED BACK AWAY FROM HER FACE , I DO NOT RECALL HER NAME , BY THE TIME I RETURNED TO THE WEBSITE , HER PHOTO WAS NO LONGER DISPLAYED .

6. EXHIBIT # 1 TESTIMONY # 1 , MAY 10 2015 SUNDAY 530 A.M. MOTHER'S DAY , AFTER BEING CHASED AND PURSUED BY FRANK TREVINO ACROSS THE LOS ANGELES FREEWAYS , WAS THE FRISTTIME I

23

NOV 11, 2018

TESTAMONY #1

IF I WERE IN A COURT OF LAW THIS WOULD BE MY TESTAMONY

MY NAME IS BRIGETTE MICHELLE HUIT, LASTNAME HUIT.  ON MOTHER'S DAY 2015, WHILE LIVING IN THE SCOTTSDALE TOWNHOMES IN THE CITY CARSON, I WOKE EARLY AROUND 430AM, DECIDING TO GO DO THE FAMILY LAUNDRY WHILE THE ENTIRE HOUSE WAS STILL ASLEEP.  I LEFT THE HOUSE ABOUT 530AM. IT WAS STILL DARK OUT AS I HEADED TO THE 110 HARBOR FREEWAY NORTHBOUND, I WAS GOING TO THE 24- HOUR LAUNDRY IN THE CITY OF LYNWOOD.

I WAS NOW AWARE OF OFFICER FRANK TREVINO AND HIS PEOPLE FOLLOWING ME, SO I WAS ON THE LOOKOUT FOR ANYTHING!  I GOT ON THE 110 HARBOR FREEWAY NORTHBOUND OFF THE 223RD STREET ENTRANCE WITH THE INTENTION OF MERGING TO THE FAR LEFT LANE, THE FREEWAY WAS EMPTY EXCEPT FOR A FEW CARS SO I FIGURED IT WOULD BE SIMPLE TO GET TO THE FAST LANE BUT IT WASN'T, FOR WHATEVER THE REASON THE TWO CARS THAT WERE ALREADY IN THE TWO LEFT LANES SEEM TO SLOW DOWN JUST ENOUGH TO HAMPER A SMOOTH TRANSITION TO THE FAST LANE, I REMEMBER THINKING 'WHY ARE YOU STILL HERE' I HAD TO HIT MY BREAKS IN ORDER TO MOVE OVER AS THE CAR IN THE FAST LANE MOVED TO THE RIGHT INTO THE LANE IN WAS IN, ONCE IN THE FAST LANE I HIT THE GAS PEDDLE. AS I PASSED THE FIRST OVERPASS I NOTICED A SMALL WHITE CAR SITTING ON THE RIGHT SHOULDER OF THE FREEWAY AND THOUGHT TO MYSELF 'MAN I REMEMBER WHEN MY CAR KEPT

EXHIBIT #1    PS1

BREAKING DOWN ON THE FREEWAY IN THE SAME SPOT THREE DAYS IN A ROW WHEN I FIRST MOVED OUT HERE', BEFORE I REALLY CONTINUED THE THOUGHT MY MIND SAID "IF THIS CAR'S LIGHTS COME ON, ITS GONE BE ON" BUT BEFORE I COULLD FINISH THAT THOUGHT, THE LIGHTS AND LEFT TURN SIGNAL CAME ON, THE CAR PULLED OUT INTO THE FREEWAY'S RIGHT LANE. I HIT MY GAS PEDDLE. I WAS GOING DOWN HILL, THEN UP HILL WHEN I SAW THE HEADLIGHTS OF THE CAR MOVING OVER INTO THE LANE, I WAS IN. I KNEW IT WAS OFFICER FRANK TREVINO!

I WASN'T SURE AT THAT POINT WHERE I WAS HEADED BUT I KNEW I WASN'T GOING STRAIGHT TO THE LAUNDRY NOW... DRIVING ABOUT 90 MPH I CONTINUED TO FLY DOWN THE 110 HARBOR FREEWAY NORTHBOUND, I SAW THE 10 SANTA MONICA FREEWAY WESTBOUND EXCHANGE, I TOOK IT, I HIT THE CURVE OF THE 10 FREEWAY WESTBOUND HARD AND PRAYED I KEPT CONTROL OF MY CAR, ONCE OUT THE CURVE I FLEW ALL THE WAY OVER TO THE RIGHT LANE IN ORDER TO TAKE THE FIRST EXIT WHICH WAS WESTERN AVE.

I CAME OFF THE FREEWAY THANKING THE LORD THE 10 SANTA MONICA WESTBOUND FREEWAY EXIT LIGHT WAS JUST CHANGING FROM AMBER TO RED, I TOOK THE LIGHT, I MADE A SHARP LEFT HITTING THE 10 SANTA MONICA EASTBOUND FREEWAY ENTRANCE LIGHT JUST AS THE RED ARROW TURNED GREEN, I GOT BACK ON THE 10 SANTA MONICA FREEWAY NOW EASTBOUND, HEADED BACK IN THE DIRECTION I HAD COME. IT WAS NOW DAYLIGHT.

IT WASN'T LONG AFTER, THAT I CHECKED MY REARVIEW MIRROR, SAW THE HEADLIGHTS OF THE WHITE CAR, I HIT THE GAS. DOING ABOUT 90 MPH DOWN THE 10 SANTA MONICA FREEWAY EASTBOUND, I MERGED BACK ONTO THE 110 HARBOR FREEWAY SOUTHBOUND, MY MIND WAS RACING, I FIGURED "IF" OFFICER FRANK TREVINO DID CATCH ME (PURSUING ME LIKE THIS) MY ONLY THOUGHT WAS 'IF HE IS GOING TO **KILL** ME, I WAS GOING TO DIE CLOSE TO HOME.

EXHIBIT # 1    P.32

I MASHED OUT, DOWN THE 110 HARBOR FREEWAY SOUTHBOUND, HEADED BACK HOME. I WAS A GOOD DISTANCE AHEAD OF OFFICER FRANK TREVINO (AS ALWAYS) SO WHEN I HIT THE CURVE OF THE VERMONT EXIT OFF THE 110 HARBOR FREEWAY ONTO THE 105 FREEWAY WESTBOUND DOING ABOUT 80 MPH, HITTING MY BREAKS AND RIGHT TURN SINGNAL AT THE SAMETIME.

MY NEXT MOVE WOULD BE DETERMINED BY WHEN I SAW HIS HEADLIGHTS HIT THE CURVE, I WAS JUST ABOUT AT THE VERMONT EXIT RAMP LIGHT WHEN I SAW HIS HEADLIGHTS,  THE 105 FREEWAY VERMONT EXIT LIGHT WAS RED, THERE WERE FOUR CARS SITTING AT THE LIGHT, TWO IN EACH LANE, SAYING "OH LORD" ALOUD, I CHECK MY REARVIEW MIRROR, THE VERMONT EXIT LIGHT CHANGED TO GREEN, REMAINING IN THE RIGHT LANE, IN HOPES OF THROWING OFFICER FRANK TREVINO OFF, FROM THE RIGHT LANE I MADE A HARD LEFT, SO HARD THAT I ALMOST BUSTED A "U" JUST ABOUT  ENDING UP ON THE CURB OF THE CORNER TO MY LEFT, I STRAIGHTEN THE CAR AND HEADED TO THE LEFT TURN LANE SIGNAL LIGHT, ONLY TO SEE RED, "OH LORD NOT AGAIN" I SAT ONLY A MOMENT WHEN THE LEFT TURN ARROW CHANGED FROM RED TO GREEN.  "THANK YOU, LORD"!  I MADE THE LEFT TURN SO SOON I ALMOST TAGGED THE CAR TURNING LEFT COMING OFF THE 105 FREEWAY EASTBOUND.

THERE WERE NO CARS BEHIND ME, I STOPPED MY CAR RIGHT BEFORE ENTERING THE STRETCH THAT TAKES YOU TO THE 105 FREEWAY EASTBOUND TO SEE JUST WHO WAS PURSUING ME, EVEN THOUGH I KNEW IT WAS OFFICER FRANK TREVINO, I HAD TO MAKE SURE.  THE WHITE CAE CAME OFF THE 105 FREEWAY FAST AND WAS JUST ABOUT TO MAKE THAT RIGHT,( I HAD USED THAT SAME RIGHT TURN EXIT OFF THE 105 FREEWAY WESTBOUND ON VERMONT AND HIT THE LEFT TURN LANE ON THE DAY OFFICER FRANK TREVINO CHASED ME IN THE BLONDE WIG HE WAS WEARING) WHEN THE CAR CAME TO A VERY HARD STOP IN THE MIDDLE OF THE VERMONT INTERSECTION.

26

EXHIBIT #1    P53

OFFICER FRANK TREVINO WAS LOOKING TO THE RIGHT, WHEN HE DID NOT SEE MY CAR, HE **SLOWLY** LOOKED TO HIS LEFT.  OFFICER FRANK TREVINO WAS WEARING A LIGHT BLUE SHORT SLEEVE T-SHIRT, A GREY BEENIE, FOLDED ABOVE HIS EARS.

WHEN HE LOOKED IN MY DIRECTION, I SAW HE WAS SQUEEZING HIS STEERING WHEEL SO TIGHT, HIS KNECKLES WERE RED.

I SAW THE COLOR RED, GROW UP FROM HIS NECK TO HIS EARS… HE LOOKED AT ME, WITH UNDENIABLE ANGER.

I SMASHED MY GAS PEDDLE SO HARD, MY CAR SKIPPED THREE TIMES BEFORE THE RUBBER OF THE TIRES GRIPPED THE ROAD AND TOOK OFF.  I THOUGHT TO MYSELF "HE IS MAD AS HELL".

I GOT ON THE 105 FREEWAY EASTBOUND, IT WAS A MINUTE BEFORE I CHECKED MY REARVIEW MIRROR AGAIN, HE WASN'T THERE, HE DECIDED NOT TO CONTINUE THE PURSUIT.  I HEADED TO THE LAUNDRY TO DO MY FAMILY'S CLOTHES.

AS I SAT AT THE TABLE OF THE LAUNDRY, I RECEIVED A CALL FROM A FRIEND OF MINE (WHICH WAS STRANGE) PLUS HE HADN'T CALL ME THAT EARLY TO SAY, "HAPPY MOTHER'S DAY", NO, HIS WORDS WERE "WHERE YOU AT, WHAT YOU DOING"?  I LIED.   FROM THAT POINT WHILE SITTING THERE LOOKING OUT THE WINDOW, I NOTICED THE FAMILIAR FACES OF THOSE FOLLOWING ME.

I WAS **SHOCKED** TO SEE THE FACE OF THE WOMEN THAT MY RESEARCH SHOWED RAN A SUPERIOR SURVEILLANCE OPERATION IN CALIFORNIA.  I HAVE SEEN THIS WOMAN ON A NUMBER OF OCCASIONS.

MS BRIGETTE MICHELLE HUIT

EXHIBIT #1    A4

NOTICED THE WOMAN FROM OFF DUTY OFFICERS' WEBSITE IN MY VICINITY, TREVINO HAD GIVEN UP ON HIS PURSUIT, I CONTINUED ON TO MY ORIGINAL DESTINATION. I ARRIVED AT THE LAUNDROMAT LOCATED AT 1109 LONG BEACH BOULEVARD LYNWOOD CALIFORNIA. ABOUT 7 A.M., WHILE LOOKING OUT OF THE WINDOW I SAW THE WOMAN OFF DUTY OFFICER'S WEBSITE HAD DISPLAYED AS HOLDING THE SUPERVISOR'S POSITION, SITTING IN THE PASSENGER'S SEAT OF A SMALL BLACK AND WHITE CAR RIDING UP AND DOWN LONG BEACH BOULEVARD. THE DRIVER, A THIN WHITEMAN, WITH A LONG NECK WEARING AN ARMYCAP. THE WOMAN APPEARED TO BE LOOKING DOWN AT SOMETHING, SHE WOULD LOOK UP

28

IN FRONT OF THE LAUNDROMAT I WAS IN.

FROM THAT POINT I WOULD SEE HER TRACKING ME ALONG WITH AN HOST OF OTHERS THAT BECAME FAMILIAR FACES, WHILE UNDER 24-HOUR SURVEILLANCE.

THIS IS AROUND THE TIME MY FAMILY AND I STARTED EXPERCING ILLNESSES HEADACHES, STOMACH PAINS, VIOMITING, FATIGUE, WEAKNESS AND HAIRLOSS, WE STARTED HEARING BEEPS, HUMMING AND STRANGE VIBRATIONS THAT MADE US SICK. I STARTED NOTICING THE CHANGES AND BARELY VISIBLE PATCHES IN OUR WALLS WE STARTED FINDING OUTDATED WATCH BATTERIES PLACED NEATLY TOGETHER IN SMALL SPACES OR IF YOU HIT A WALL TO HARD A BATTERY WOULD POP OUT.

7.    EXHIBIT # 2    LIVE    VIDEOS 1 - 3    OF    SURVEILLANCE    DETECTION ,    SEPTEMBER 26    7 A.M    AND    JULY  6  2019  530 A.M.    I    RAN    AN    PIANOGIC    ANTI – SPY    HIDDEN    CAMERA    SIGNAL    DETECTOR ,    GSM    DEVICE    FINDER ,    WIRELESS    CAMERA    LENS    DETECTOR ,    RADIO    WAVE    SIGNAL    DETECT    MINI    CAMERA    FULL    RANGE    WI – FI    DETECTOR    OVER    MY    ENTIRE    RESIDENCE    AND    DISCOVERED    SURVEILLANCE    EQUIPMENT    IN    PRIVATE    AREAS    OF    OUR    RESIDENCE    BEDROOMS ,    BATHROOMS    AND    SHOWERS    AS  WELL  AS    THROUGHOUT  OUR    HOUSE  IN    GENERAL   AREAS ,    CAMERAS ,    MICROPHONES    MOTION    SENSORS  AND    PRESSURE  PADS .

8.    EXHIBIT # 3    AND  WITNESS  LIST ,    APRIL   2015    I    FOUND    STRANGE  WIRES    COMING    FROM  MY    CEILING    LEADING    DOWN    INTO    OF    BOTTOM    OUR    LINEN    CLOSET  AND    UTILITY    ROOM .

30

NOV 19  2018

TESTAMONY # 3

IF I WERE IN A COURT OF LAW THIS WOULD BE MY TESTAMONY

MY NAME IS BRIGETTE MICHELLE HUIT LASTNAME HUIT.  IN JULY 2015 WHILE LIVING IN THE CITY OF CARSON IN THE SCOTTSDALE TOWNHOMES MY FAMILY AND I HAD BEEN EXPERIENCING SOUNDS AND SMELLS IN OUR HOUSE WHENEVER WE RETURNED HOME FROM BEING OUT, WE EVEN STARTED SNEAKING UP ON OUR OWN HOME TO TRY TO CATCH WHOEVER IT WAS BREAKING IN.  I WOULD PULL TO THE FRONT OF THE COMPLEX, WE LIVED IN THE BACK, THE CHILDREN WOULD GET OUT AND GO WATCH THE FRONT AND BACK WINDOWS ONCE I HIT THE GARAGE DOOR TO PULL IN, WE NEVER CAUGHT ANYONE EVEN THOUGH ON NUMEROUS OCCASIONS THE BODY ODOR AND/OR CHEMICAL SMELL WOULD STILL BE STRONG.  THERE WERE TIMES WHEN WE WOULD WALK THROUGH THE HALL AND SMELL TUNA WHEN WE HADN'T MADE TUNA IN THE HOME, BECAUSE I DON'T SMOKE CIGERETTES, I SMELL THEM INSTANTLY AND MOST MORNINGS, EARLY MORNING, I WOULD SMELL SOMEONE SMOKING, I DIDN'T LIKE THE FACT THAT THE NEIGHBOR'S SMOKE WAS ENTERING OUR HOUSE WHEN WE DIDN'T SMOKE CIGERETTES.

THERE WERE TIMES WHEN KNOWING FOR A FACT I LOCKED MY BEDROOM DOOR BEFORE LEAVING, I WOULD RETURN HOME TO FIND MY BEDROOM DOOR UNLOCKED AND THE ODOR OF A MAN LINGERING IN THE AIR.  I KEPT FINDING PIECES OF THE STUCCO FROM MY BEDROOM CLOSET CEILING ON MY CLOSET SHELF AND FLOOR, I WOULD JUST CLEAN IT, THINK NOTHING OF IT AND CONTINUE ON.

31

EXHIBIT#3  pg1

IT KEPT HAPPENING, I STARTED WONDERING WHY IT WOULD APPEAR SO OFTEN, LOOKING UP, NOTHING LOOKED WRONG OR OUT OF PLACE, NOT EVEN A BLANK SPOT WHERE IT HAD FALLEN FROM. ONE DAY I RETURNED HOME, WENT UP TO MY ROOM TO FIND THE DOOR UNLOCKED AGAIN, I WALKED SLOWLY THROUGH THE DOOR, THE ODOR CAUGHT ME FIRST (SOMEBODY WAS FUNKY) I LOOKED AROUND THE ROOM THEN TURNED TO THE CLOSET, WHEN I OPENED THE CLOSET DOOR I SAW A PAIR OF SMALL CHILD SIZE BLACK FOOTPRINTS GOING UP THE CLOSET WALL AND DISAPPEAR INTO THE CEILING, I THOUGHT ONE OF MY GRANDCHILDREN HAD BEEN PLAYING IN MY CLOSET, AS THE DAYS PASSED AND I CONTINUED TO SEE THE FOOTPRINTS, I BEGAN TO REALIZE THAT NEITHER OF MY GRANDCHILDREN FIT THE SIZING OF THE FOOTPRINTS OR REACH TO CLIMB IN THE CLOSET, NOW I HAD SOMETHING ELSE TO INVESTIGATE.

ONE DAY AFTER THE FORTH OF JULY I WALKED INTO MY BEDROOM CLOSET, ONCE AGAIN THERE WAS STUCCO FROM THE CEILING ON THE CLOSET SHELF AND FLOOR, I GOT THE HOUSE BROOM, WALKED BACK IN THE CLOSET, STARTING IN THE RIGHTSIDE BACK CORNER OF THE CLOSET CEILING, I PUSHED UP, THE CORNER "LIFTED" IT LIFTED SO EASILY, NO EFFORT AT ALL!

ONCE THE CORNER CEILING LIFTED ALL I HEARD WAS THE SOUND OF THREE OR FOUR PEOPLE RUNNING, CANS DROPPING AND MUFFLED SOUNDS THAT DIDN'T SOUND LIKE THE ENGLISH LANGUAGE.

MY CHILDREN WERE SCARED STIFF! THEY CAME RUNNING TO ME SAYING "MOMMA WHAT WAS THAT?"

THAT NIGHT EVERYBODY SLEPT IN MY BED WITH ME.

IT TOOK A MINUTE TO CONVINCE MY CHILDREN TO WATCH ME AS I WENT UP IN THE ATTIC SPACE WHERE THE RUNNING SOUND CAME FROM, MIND YOU I HAD ALREADY SCREWED AND PAD LOCKED IT DOWN, THINKING I WAS KEEPING PEOPLE FROM ENTERING THE HOUSE.

32

EXHIBIT #3    P32

ONCE I REOPENED IT, I CLIMBED UP, ONCE INSIDE I FOUND WOOD PLANKS LAID ACROSS THE HOUSE

BEAMS MAKING A WALKWAY FROM TWO OPENING INTO OUR HOUSE, BOTH MY DAUGHTER'S CLOSET

AND MY OWN CLOSET, THEY THEN LEAD TO THE TOWNHOUSE NEXT DOOR.  ON THE FLOOR I SAW SODA

CANS, A CHIP BAG AND CIGERETTE BUTTS.  I CAME BACK DOWN.

MY CHILDREN WANTED TO KNOW WHAT WAS UP THERE, I JUST SAID "WOOD".

THE NEXT DAY BY TWELVE NOON WE WERE HEADED OUT OF THE STATE OF CALIFORNIA TO TEXAS. I

FIGURED IF I WAS GOING TO DIE, I MAY AS WELL DIE CLOSE TO FAMILY.

MS BRIGETTE MICHELLE HUIT

EXHIBIT #3  pg3

THE UTILITY ROOM WIRE LEAD TO THE HIDDEN CAMERA IN OUR UPSTAIRS HEATING SYSTEM, ATTEMPTS TO REMOVE THE CAMERA LENS WHICH WAS LOCATED IN THE THERMOSTAT, RESULTED IN A PHYSICAL TUG OF WAR WITH TWO STRANGE MEN INSIDE MY LIVINGROOM WALL. CARSON SHERIFFS REFUSED TO RESPOND TO MY CALL.

9. EXHIBIT # 4 , 5   JULY 6 2015   630 P.M. MONDAY, I LIFTED THE CEILING IN MY BEDROOM CLOSET LIKE AN FLAP OF PAPER WITH THE HANDLE OF OUR BROOM, I PUSHED UP AND HEARD THREE OR FOUR PAIR OF FEET RUNNING ACROSS OUR CEILING, THEIR LANGUAGE WAS NOT ENGLISH. MY FAMILY WAS SCARED TO DEATH.

NOV 30, 2018

TESTAMONY # 2

IF I WERE IN A COURT OF LAW THIS WOULD BE MY TESTAMONY, MY NAME IS BRIGETTE MICHELLE HUIT, LASTNAME HUIT.  IN THE SUMMER OF 2015 WHILE LIVING IN THE SCOTTSDALE TOWNHOMES IN THE CITY OF CARSON, I WAS SURE SOMEONE WAS LISTENING TO US INSIDE OUR HOUSE, I HAD STARTED LOOKING AROUND THE HOUSE,  SEARCHING FOR WHATEVER ITEMS I WOULD FIND TO PROVE SOMEHOW SOMEWAY THESE PEOPLE WERE WATCHING AND LISTENING TO US INSIDE  THE HOUSE.

ONCE MY CHILDREN LEFT FOR SCHOOL, I STARTED MY SEARCH IN THE OPENING AT THE TOP OF THE STAIRS, AS STATED IN FINDING THE CAMERA TESTAMONY ONCE THE GIRLS CAME IN, THEY ATTEMPTED TO ASSIST ME IN REPLACING THE PANEL TO THE HEATING SYSTEM WHEN THE OPERATING GREEN LIGHT ON THE CAMERA HIDDEN IN THE HEATING SYSTEM CAME ON AND THE GRAY WIRE ATTACHED TO IT WAS BEING PULLED DOWNWARD AND THE GIRLS WERE YELLING FOR ME TO COME SEE, AFTER LOOKING INTO THE HEATING SYSYEM, SEEING THE GREEN LIGHT FOR MYSELF, I WENT DOWN THE STAIRS TO THE LIVINGROOM TO MEASURE WHERE WE SAW THE LIGHT ON THE CAMERA, I PASSED THE TELEVISION, PASSED THE CEILING VENT, THE ONLY PHYSICAL OBJECT LEFT WAS THE HEATING SYSTEM THERMOSTAT, I WALKED OVER TO THE THERMOSTAT, REMOVED THE COVER AND TO MY SURPRISE I

EXHIBIT #4    81

DID NOT SEE THE USUAL COIL OR NUMBERS, NO, THERE WERE A ROW OF LIGHTS, THE FIRST WAS GREEN AND THE OTHER FOUR OR FIVE WERE RED, ALL LIGHTS WERE BLINKING.

I GOT THE TOOLS TO REMOVE IT FROM THE WALL, I USED THE SCREWDRIVER TO PRY IT FROM THE WALL, ONCE IT CAME LOOSE, I ATTEMPTED TO PULL IT FROM THE WALL WHEN IT PULLED BACK!! I COULD SMELL A MAN'S COLONGE (NICE SMELL I MIGHT ADD)

I YELLED FOR THE GIRLS THIS TIME "COME SEE THIS" WHEN THEY ENTERED THE LIVINGROOM, I WAS IN THE MIDDLE OF BEING PULLED BACK TO THE WALL, I PULLED AGAIN, THE WALL PULLED BACK! AT THAT TIME ANOTHER SMELL ENTERED THE WALL, THIS UNKNOWN PERSON SMELLED LIKE HE HAD DID SOME HEAVY DRINKING AND/OR WAS DRUNK.  I PULLED HARDER AND THE WALL PULLED BACK, WE WERE IN A FULL FLEDGE TUG OF WAR WHEN THE WIRE BROKE! I STUMBLED INTO THE MIDDLE OF THE LIVINGROOM FLOOR, WE HEARD THE UNKNOWN PERSON IN THE WALL HIT THE OPPOSITE WALL INSIDE THE WALL, I WAS SAYING "I'M KEEPING THIS" WHEN WE HEARD THE UNKNOWN PEOPLE IN THE WALL START RUNNING.

WE GAVE CHASE, THE GIRLS TOOK THE DRUNK SMELL, ME AND ONE OF THE LITTLE GIRLS TOOK THE COLONGE SMELL.

THE DRUNK SMELL RAN TOWARDS THE KITCHEN AREA AND THE COLONGE SMELL RAN UP TO THE SECOND STORY, WE RAN UP THE STAIRS, INTO MY YOUNGEST DAUGHTER'S BEDROOM WHICH IS WHERE THE COLONGE SMELL WAS THE STRONGEST, RAN ACROSS HER BED TO THE BEDROOM

36

EXHIBIT #4    pg2

WINDOW, WE WERE STANDING THERE LOOKING AT NOTHING, THERE WERE A COUPLEOF PEOPLE OUT BACK BUT NOTHING GOING ON, I THINK I WAS ABOUT TO TURN TOWARDS THE CLOSET (FOR THE LONGEST TIME I FIGURED THEY WERE COMING IN THROUGH HER CLOSET) WHEN FROM UNDERNEATHE THE SECOND STORY BEDROOM WINDOW "A MAN ROLLED FROM INSIDE THE INNER WALL, OUT THE OUTER WALL" AS IF IT WERE JUST A FLAT TO BE LIFTED, HE ROLLED ACROSS THE GARAGE AWNING, OFF TO THE GROUND AND STARTED RUNNING TOWARDS THE BACK OF THE TOWNHOMES, AT THE END OF THE NEIGHBOR'S HOME HE STOPPED, TURNED BACK LOOKED UP SAW US STANDING IN THE WINDOW AND TOOK OFF RUNNING AGAIN, BUT NOT BEFORE I SAW HE WAS ONE OF THE CONSTRUCTION WORKERS FROM NEXTDOOR.

I DO NOT KNOW WHAT HAPPENED WITH THE OTHER UNKNOWN PERSON (THE DRUNK SMELL) BECAUSE INSTANTLY CALLED THE CARSON SHERIFF'S STATION FOR ASSISTANCE TO NO AVAIL, NO ONE CAME. I WAS ON THE PHONE FOR MORE THAN WHAT SEEMED TO ME A HOUR WHILE THE CARSON SHERIFF STATION GAVE ME THE RUN AROUND TO THEN BE CONNECTED TO A SHERIFF STATING HE AND OFFICER FRANK TREVINO WERE FRIENDS AND HE WOULD COME GET OFFICER FRANK TREVINO'S CAMERAS IF I MYSELF DIDN'T WANT TO GIVE THEM BACK WTF.

MS BRIGETTE MICHELLE HUIT

37

EXHIBIT #4    P3

AUG 6 2018

TESTIMONY # 4

IF I WERE IN A COURT OF LAW THIS WOULD BE MY TESTIMONY

MY NAME IS BRIGETTE MICHELLE HUIT LAST NAME HUIT, WHEN I FIRST BECAME SUPICIOUS OF SOMEONE ENTERING OUR HOUSE WAS WHEN WE WERE IN THE CITY OF CARSON, LIVING IN THE SCOTSDALE TOWNHOMES.   AFTER THE FIRE IN OUR GARAGE AT THE HOTWATER HEATER OCCURRED AND THE NEIGHBORS HAD MOVED OUT.

I WAS UNDER THE IMPRESSION THE CONSTRUCTION MEN THAT SHOWED UP EVERYDAY WERE JUST THERE TO REPAIR THE PLACE, WHILE AT THE SAME TIME, ALSO LIVING THERE.  THE FIRE NEVER GREW PASSED THE HOTWATER HEATER, THEY WERE DOING FULL CONSTRUCTION.

EARLY EVERY MORNING I WOULD EXIT MY HOUSE  AND WALK AROUND THE HOUSE LOOKING AT THE EXTERIOR BECAUSE ONE DAY UPON RETURNING HOME FROM A LONG DAY, I NOTICED THE FRONT STEP HAD COME APART FROM THE REST OF THE HOUSE AND THAT WORRIED ME,     THEN I HAD A CONVERSATION WITH ONE OF THE NEIGHBORS AND SHE TOLD ME THE HOUSE WAS SLIPPING FROM ITS FOUNDATION, THAT WORRIED ME EVEN MORE. I FOUND LATER THAT EVERYWHERE WE LIVED THE FRONT DOOR CONCRETE WOULD SEPARATE FROM THE HOUSE.

EVERY MORNING I WOULD WALK AROUND THE HOUSE JUST LOOKING.  ONE MORNING I CAME OUT THE FRONT DOOR, THE NEIGHBOR A SHORT THIN MAN WITH DARK BLACK HAIR CAME OUT HIS BACK

EXHIBIT #5  P3

DOOR, HE WAS CARRYING SOME PLANTER POTS. WE SPOKE BY KNODS OF THE HEAD AS WE PASSED EACH OTHER.  I LOOKED AROUND THE BACK OF THE HOUSE FOR JUST A MOMENT AND WALKED BACKED TO THE FRONT DOOR, I TRIPPED ON THE SITUATION BECAUSE WHEN I MADE IT TO MY FRONT DOOR THE NEIGHBOR WAS NOWHERE TO BE FOUND, I SAID TO MYSELF "WELL WE ALL HAVE FRONT DOORS" AND WENT BACK INSIDE OF MY HOUSE.

NOW ONCE INSIDE MY DOOR I SMELLED MENS COLONGE BUT THOUGHT IT WAS FROM THE MAN PASSING THE DOOR.

THE NEIGHBOR PLANTED WHAT WE THOUGHT WERE PEPPERS IN THE FRONT OF HIS HOUSE, RIGHT UNDER THE KITCHEN WINDOW, WHICH IS CLOSEST TO MY KITCHEN WINDOW.  IN A WEEK THE PLANTS (WE CALLED PEPPERS) HAD GROWN PASSED THE TOP OF HIS KITCHEN WINDOW.

IN THE NEXT COUPLE OF DAYS I WOULD SAY  AROUND MID AFTERNOON WHILE SITTIN IN MY LIVINGROOM I NOTICED THE MAN, (MY NEIGHBOR) OUT FRONT DOWN THE WAY I'D SAY IN FRONT OF THE NEIGHBOR NEXT DOOR TO HIS HOUSE, HE WAS HOLDING A CONVERSATION WITH A VERY TALL, VERY THIN MAN, THEY WERE POINTING IN THE DIRECTION OF MY HOUSE.  MY OLDEST DAUGHTER CAME IN THROUGH THE FRONT DOOR AND SAID "LOOK MOM HE'S TALKING TO HIM ABOUT THE PEPPERS"  I RESPONDED WITH "SHIT THAT MAN IS NOT DISCUSSING PEPPERS WITH HIM, HE PROBABLY DON'T KNOW A THING ABOUT PEPPERS EXCEPT TO EAT ONE", THAT MAN IS A "MASTER CARPENTER" HE LOOKS LIKES "HE CAN BUILD ANY AND EVERYTHING" AND HE LOOKS LIKE HE IS POINTING UP AT THIS HOUSE NOT DOWN AT PEPPERS!!!"

THE NEIGHBOR AND THE **"MASTER CARPENTER"** TALKED A WHILE LONGER, THEN THE MAN TURNED AND WALKED AWAY.

40

EXHIBIT#5    132

IT WAS TWO DAYS LATER AFTER A LONG NIGHT OUT, MY CHILDREN AND I CAME IN LATE, AS WE ENTERED THE HOUSE THERE WAS THIS FUNNY SMELL, WE ALL SAID SOMETHING ABOUT THE SMELL.  AS WE HEADED UP THE STEPS TO THE BEDROOM AREA, I HIT THE HALLWAY LIGHT AND THE FRIST THING CAUGHT MY EYE WAS THE WALL LOOKED LUMPY, IT WAS NO LONGER SMOOTH AS IT HAD BEEN WHEN WE MOVED IN, I SAID TO THE CHILDREN AS I RAN MY HAND ALONG THE WALL,"THIS WALL DIDN'T LOOK LIKE THIS WHEN WE LEFT"(YOU CAN SEE THE BEAMS IN THE WALL AND THE AREA WAS SHINING BRIGHT) THEY WERE LIKE "MOMMA YOU TRIPPING GO TO BED".

WHEN I WOKE THE NEXT MORNING, I HEADED TO THE KITCHEN TO MAKE A CUP OF COFFEE. SOMETHING CAUGHT MY EYE AT THE TOP OF THE STAIRS, THREE HOLES IN THE WALL, IN A SPOT YOU COULDN'T REACH FROM THE OUTSIDE, IN THE SHAPE OF A TRIANGLE, YOU CAN SEE ANYONE WHO TAKES THE STAIRS COMING UP OR GOING DOWN, FIRST I THOUGHT IT WAS MAYBE FLIES, LATER I FOUND THEM TO BE CAMERA HOLES.

I CONTINUED DOWN THE STAIRS, PUT THE WATER ON FOR THE COFFEE, WALKED INTO THE LIVING ROOM, I STOPPED SHORT OF ENTERING ALL THE WAY, I SAW BOOTPRINTS, BIG BOOTPRINTS IN THE FLOOR COMING FROM THE STAIRWAY,WALKING  ACROSS THE MIDDLE OF THE LIVINGROOM FLOOR AND DISAPPEARED AS IF THEY WALKED INTO THE PLAYPEN SOFA AND OUT THE WALL, UPON FURTHER INSPECTION, I FOUND SMALLER BOOTPRINTS, MUCH SMALLER THAN THE BIG BOOTPRINTS, THEY TOO LOOKED TO JUST WALK INTO IN PLAYPEN SOFA AND OUT THE WALL.  I TOOK PHOTOS WITH MY CELLPHONE (WHICH STOP WORKING).

**I WENT OUT TO SURVEY THE HOUSE AS ALWAYS, I WALKED AROUND THE FRONT OF THE HOUSE, THIS TIME I WENT OUT THE BACK DOOR, AND CAME AROUND. THE FIRST THING CAUGHT MY EYE**

41

EXHIBIT # 5    P3

WAS THE ENTIRE SIDE OF THE HOUSE HAD BEEN PAINTED A PRIMER COLOR (LIGHT GREY) AND YOU COULD SEE THE WALL HAD BEEN CUT OPEN, (THIS THE SAME WALL THE BOOTPRINTS SEEM TO WALK INTO) I THOUGHT 'THAT'S STRANGE NO ONE INFORMED ME WORK WOULD BE DONE ON THE HOUSE', I STOOD THERE A LONG TIME THEN I WALKED TO THE FRONT (YOU CAN'T ROUND THE CORNER OF THE FRONT BECAUSE IT IS ATTACHED TO THE NEIGHBOR'S HOUSE ) BUT YOU CAN LOOK UP AT YOUR ROOF AREA.

LOOKING UP AT THE FRONT SIDE OF THE HOUSE, I SAW A SQUARE HAD BEEN CUT INTO THE WALL WHICH LED INTO THE COAT CLOSET OF MY BEDROOM RIGHT NEXT TO MY BED, IT WAS ABOUT THE SIZE OF A 36 INCH TELEVISION SCREEN, MAYBE A LITTLE BIGGER, IT WAS PAINTED OVER, THE COLOR WAS CLOSE TO THE ORIGINAL HOUSE COLOR BUT NOT THE SAME, WHICH HAPPENS IN ALL THE AREAS THEY CUT INTO, INCLUDING INSIDE THE RESIDENCE, THE PAINT IS CLOSE BUT NOT EXACT.

THAT IS WHEN WE REALLY TOOK NOTE THAT SOMEONE WAS ENTERING OUR HOUSE WHILE HOME AND AWAY.  WE FOUND CHILD FOOTPRINTS GOING UP OUR WALLS DISAPPEARING INTO CEILING.

BRIGETTE MICHELLE HUIT

42

EXHIBIT # 5    PS4

10.    EXHIBIT # 2 LIVE VIDEO 4 - 6 OF CONTAMINATION DETECTION, AND WITNESS LIST.

JULY 8 2019 7 A.M. WITH THE AID OF HEALTH METRIC HEAVY METAL TEST KITS AND NIDS ACE RAPID PESTICIDE TEST, I TESTED SIX ITEMS USED IN OUR HOME DAILY, FOOD CONDIMENTS, SEASONINGS, SUGAR, COOKED MEAL AND MEDICATION. FOUR OF THE SIX ITEMS TESTED POSITIVE FOR CONTAMINATION.

EXHIBIT # 6 , 7 PHOTO, JUNE 2015 WHILE ATTEMPTING TO FEED THE NEIGHBORHOOD CHILDREN AT MY RESIDENCE, THERE WERE ABOUT A DOZEN CHILDREN PLUS MY OWN TWO, ONE OF THE YOUNG GIRLS FOUND NEEDLE SIZED PUNCTURE HOLES IN

43

JUNE 15, 2018

TESTIMONY # 5

IF I WERE IN A COURT OF LAW THIS WOULD BE MY TESTIMONY

WHEN I FIRST REALIZED SOMETHING WAS BEING PUT IN OUR FOOD AND HYGEINES WAS WHILE LIVING IN THE SCOTTSDALES TOWNHOMES AT 12 PALOMINO LANE IN THE CITY OF CARSON, I WAS NOTICING THAT EACH TIME I RAN UP MY STAIRS IN THE HOUSE I WAS GETTING TIRED, NOT JUST TIRED BUT LIKE I'D HAVE TO STOP AT THE TOP OF THE STAIRS TO REST BEFORE TAKING THE FEW STEPS TO GET TO MY BEDROOM, AT ONE POINT I LITERALLY HAD TO SIT AT THE TOP OF THE STAIRS, WELL I SORT OF JUST FELL THERE, I JUST CONTINUED TO REST UNTIL I COULD GET UP, THAT BOTHERED ME, I'M RATHER ACTIVE, SO GETTING EXTREMELY TIRED JUST JOGGING UP MY WHAT? 15 STEPS REALLY MADE ME THINK.

WHEN I TAKE MY SHOWER,BEFORE I START TO WASH UP I BRUSH MY TEETH, MY FINGER TIPS WOULD GO NUMB OR    LOTION UP AND MY BODY WOULD START TO TINGLE AS IF IT WAS GOING NUMB AND THAT WOULD HAPPEN EVERYTIME WE USED OUR HYGEINES WEITHER IT WERE THE TOOTHPASTE, HAIR GREASE, LOTION OR ANYTHING.    EACH TIME I ATTEMPTED TO SAVE THE PRODUCT AFTER A WHILE IT WOULD JUST DISAPPEAR.

ON THE DAY THE CAMERA WAS FOUND, AS STATED IN THAT TESTAMONY, THE TEN CHILDREN WERE AT THE HOUSE, IT WAS CAMILLE THAT ASKED FOR SOMETHING TO EAT, I ALWAYS FEED THE CHILDREN, BUT OF COURSE WHEN ONE WANTS SOMETHING ALL THE OTHERS DO TOO, THEY WERE MAKING NOODLES AND BURRITOS WHEN CAMILLE PUT HER NOODLES IN THE BOWEL WHILE STANDING AT THE DINNING ROOM TABLE FACING THE KITCHEN WINDOW SHE HELD HER NOODLE PACKAGE UP TO THE WINDOW AS IF TO LOOK THROUGH IT AND ASKED MY YOUNGEST DAUGHTER "WHY YOU GOT ALL THESE NEEDLE

EXHIBIT #6      P9l

HOLES IN YOUR NOODLES" MY YOUNGEST DAUGHTER MIA SAID "MOMMA DO YOU HEAR THIS?"   I WAS ALREADY HEADED TO THE KITCHEN TO SEE FOR MYSELF, YES, THERE WERE NEEDLE HOLES, NOT TO BE MISTAKEN WITH THE INDENTATIONS THE NOODLE ITSELF MAKES IN THE WRAPPER, "NO" THESE WERE "NEEDLE HOLES"   I THEN CHECK ALL THE REST OF THE FOOD IN THE HOUSE AND "EVERYTHING THAT COULD BE "PUNCTURED" WAS FULL OF NEEDLE HOLES.

NOT WANTING TO EAT THE FOOD IN THE HOUSE, FOR DINNER THAT NIGHT WE HAD A VOTE, MY CHILDREN WERE SCARED AND DIDN'T WANT TO LEAVE THE HOUSE MUCH LESS GO FAR, SO WE DICIDED TO GO TO JACK IN THE BOX ON THE CORNER CLOSE TO THE HOUSE.    WHEN WE ARRIVED I NOTICED RIGHT OFF THAT ONE OF FRANK TRAVINO'S MEN WERE ALREADY IN THE JACK IN THE BOX SEATED AT THE FIRST TABLE TO THE RIGHT WHEN YOU ENTER THE DOOR, HE TURNED HIS HEAD AND MADE A PHONE CALL, WE HAD ALREADY DISCUSSED WHAT EACH CHILD WANTED BEFORE WE LEFT HOME AND THE ORDER WAS NOT SMALL, NOT ONLY WAS THE FOOD READY IN A NICK OF TIME (LIKE NOT LONG ENOUGH FOR YOU TO SIT DOWN) BUT WHEN THE LADY BEHIND THE COUNTER ASKED IF WE WOULD LIKE KETCHUP AND HOT SAUCE I RESPONDED WITH "YES" SHE REACHED UNDER THE COUNTER TO GET THE KATCHUP BUT HER HANDS WENT TO THE RIGHT UNDER THE COUNTER AND IN ONE REACH CUPING HER HANDS TOGETHER SHE CAME UP WITH HER   TWO HANDS CUPPED TOGETHER FULL OF HOT SAUCE AND KETCHUP AS IF BOTH ITEMS WERE IN THE SAME CONTAINER

WE ALL GOT BACK IN THE CAR AND I TOLD MY CHILDREN "DO NOT EAT ANYTHING UNTIL WE GET TO THE HOUSE"   ONCE IN THE KITCHEN I CHECKED THE FOOD DIDN'T NOTICE ANYTHING WRONG WITH THE FOOD BUT WHEN MY DAUGHTER WENT TO OPEN THE KETCHUP I TOLD HER TO SQUEEZE IT FIRST TO SEE IF ANYTHING COMES OUT AND LOW AND BEHOLD IT DID!! THEY ALL DID!!! VERY SMALL NEEDLE HOLES BUT BIG ENOUGH FOR THE KETCHUP TO COME THROUGH.    THE DRINKS WERE ALSO CONTAMINATED, SOME WHITE STUFF WAS FROZEN ON TOP OF THE ICE, I DID NOT ALLOW THEM TO

45

EXHIBIT #6    P52

46

DRINK IT.    THE SAME OCCURRED WHEN WE ORDERED CHINESE FOOD FROM THE PLACE UP THE STREET IN CARSON, ONLY THIS TIME THEY FORGOT THE SODA AND WHILE WE WERE CALLING THEM TO INFORM THEM THAT WE DID NOT HAVE THE SODA WE ORDERED, THEY SAID "OKAY WE WILL SEND" BUT THE SODA GOT THERE SO FAST DELIVERED    BY WHAT WE KNEW RIGHT OFF THE TOP WAS ONE OF TRAVINO'S MEN, WE DID NOT DRINK THEM.

BRIGETTE MICHELLE HUIT

46

EXHIBIT #6

All our meats look like this when taken out of freezer

Frozen foods (Meat)

Frozen foods (Meat)

EXHIBIT # 7

THE FOOD ITEM SHE WAS ATTEMPTING TO EAT. FURTHER INSPECTION OF OTHER FOODS IN OUR HOME, WE FOUND EVERYTHING THAT COULD BE PUNCTURED HAD NEEDLE SIZED HOLES, INCLUDING FROZEN GOODS. MY FAMILY AND I WAKE CONTINUOUSLY ILL, WHEN EATTING AND USING INHOME PRODUCTS WE EXPERIENCE NUMBNESS, TINGLING AND ILLNESS, WE FIND LARVAE WORMS IN ALL OUR FOODS INCLUDING DRY FOOD ITEMS WITH TIGHT LIDS.

11. SECURITY INDUSTRY SPECIALIST INC, PROVIDES ELITE SPECIALIZED SECURITY SERVICE FOR FORTUNE 500 COMPANIES, ENTERTAINMENT EXECUTIVES AND OTHER SPECIAL EVENTS FOR INDIVIDUALS THAT REQUEST, REQUIRE AND CAN AFFORD SECURITY SERVICE OF THIS

47

NATURE. I NOR ANY MEMBER OF MY FAMILY MEET THE CRITERIA FOR THIS SECURITY AND WE HAVE DONE NOTHING TO WARRANT THIS CALIBER OF SURVEILLANCE AND ABUSE.

I CAN THINK OF NO REASONABLE EXPLANATION AS TO WHY SECURITY INDUSTRY SPECIALIST INC, A SERVICE THAT UTILIZES ELABORATE TRACKING MONTORING SYSTEMS, SOPHISICATED ELECTRONICS AND ON LOCATION OPERATIVES, HAS HAD MY FAMILY AND I UNDER 24 – HOUR INHOME SURVEILLANCE, CONTAMINATION AND TRACKING DAILY SINCE 2015. WE DO NOT FIT THE CRITERIA OF ANY CATEGORY THAT REQUIRES SECURITY INDUSTRY SPECIALIST INC, ANY OF ITS EMPLOYEES OR AFFILIATES TO HAVE MY FAMILY AND I UNDER THIS ATTACK ON OUR

LIVELIHOOD AND PRIVACY.

THE ONLY CONNECTION BETWEEN SECURITY INDUSTRY SPECIALIST INC AND I IS FRANK TREVINO.

12.     THE DEPARTMENT OF HOMELAND SECURITY, CENTER FOR RISK AND ECONOMIC ANALYSIS OF TERRORISM EVENTS (CREATE) BASED AT USC IS AN INTERDISPLINARY NATIONAL RESEARCH CENTER FUNDED BY THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY (DHS), ITS FOCUS IS ON RISK AND ECONOMIC ANAYLSIS OF THE UNITED STATES THREATS AND VULNERBILITIES THAT POSE A THREAT TO OUR NATIONAL SECURITY.

13.     MAY 2015 WHILE SHOPPING AT THE RANCH MARKET LOCATED AT 23545 AVALON BOULEVARD CARSON CALIFORNIA, I TURNED

49

TO SEE A WHITE YOUNG LADY WITH BLONDE SHOULDER LENGTH HAIR, DRESSED IN WHITE SHIRT, SHORTS AND TENNIS SHOES, SHE WAS REPORTING BACK, SPEAKING INTO HER CELLPHONE REPEATING THE ORDER I WAS MAKING, BONELESS CHICKEN, WHEN I TURNED TO SEE WHO WAS TALKING, THE YOUNG LADY LOWERED HER HEAD. TWO DAYS LATER WHEN I REMOVED THE PURCHASED MEAT FROM MY DEEP FREEZER IT HAD AN ODOR, ONCE IT THAWED, IT WAS HORRID, DARK IN COLOR, SLIMY AND SMELLED OF DEATH.

14. EXHIBIT # 8 OP – ED, JUNE 2015 ONE DAY WHILE DRIVING PAST THE UNIVERSITY OF SOUTHERN CALIFORNIA ON THE VERMONT AVENUE STREET SIDE, I OBSERVED AN LARGE WHITE

50

A DOG WHISTLE TO ALL TRUE

A M E R I C A N S

THE CHALLENGE

ACUPUNCTURE, RICE WRITERS

THE TAKE OVER

BEING A 16 YR. OLD GRAD, I RECALL HATING, HATING HISTORY CLASS, OTHER THAN SCIENCE I DITCHED HALF THE YEAR, COULDN'T WASTE TIME BEING BORED!

AT 54YRS. HISTORY IS FRONT AND CENTER, TRUST ME I DIDN'T GO LOOKING FOR THIS! IF YOU'RE MY AGE OR OLDER, TELL ME "WHAT DOES THIS LIST OF COUNTRIES DO FOR YOU?" **ARGENTINA, AUSTRIA, BRAZILE, CHILE, EGYPT, ISEREAL, ROME, SOUTH AFRICA AND SYRIA,** NOT A DAMN THING HUH? YEAH DIDN'T FLOAT MY BOAT EITHER. DO YOU EVEN REMEMBER THIS LIST FROM HISTORY CLASS?

ALLOW ME TO **HYPOTHECTICALLY TICKLE YOUR ASSES TO SPARK MOVEMENT ACROSS THIS COUNTRY!** NOW

**HYPO SPEAKING** THE ABOVE, MENTIONED COUNTRIES ARE IN FACT WHERE HITLER AND HIS MOST TRUSTED G'S ESCAPED TO? (OH, DID I JUST MENTION RUSSIA?) THROUGH "RAT LINES" **(UNDERGROUND TUNNELS).**

51

EXHIBIT #8     P91

**HYPO SPEAKING** SAY 10, 20, 30, 50 YEARS OF GERMINATION, MAKING FRIENDS, BUILDING FAMILIES BEING TAUGHT HITLER'S WAY, TEACHING "HATE USA"... BUILDING AND TRAINING MODERAN DAY ARMIES, TECHNO ARMIES, GROWING TERRORIST WHERE THEY SETTLED.  WHEN DID THAT START EXACTLY FOR THE U.S.A., TERRORISM THAT IS?

**HYPO SPEAKING** SAY FOR ALL THOSE YEARS, ALL THOSE FAMILY MEMBERS FROM ALL THE ABOVE LISTED COUNTRIES AND A FEW MORE TO COME, ALL TOOK ADVANTAGE OF THE "AMERICAN EDUCATION" (DID WE NOT TRAIN THE PILOTS FROM 9-11?) PRETENDED TO LIKE US SO MUCH THE FAMILY MEMBERS STAYED, TOOK ADVANTAGE OF THE "AMERICAN WAY OF LIFE".

SEE NOW YOU CAN'T CALL IT INFILTRATION CAN YOU?

**HYPO SPEAKING** THEY'VE MADE FAMILIES HERE, IN THE USA, BORN CITIZENS, WHILE BACK AT HOME, TRAINING GOES ON, GREATGRAND & GRANDPA ARE CONTINUING THE ACQUISITION OF FRIENDS, ALL THESE DICTATORS OF COUNTRIES, TERROR REIGNS, EVERYBODY WAITING ON THAT "GRAND DAY" ALL ALLIES READY TO ASSIST IN "THE PROJECT".   THE ENTIRE TIME THEY ARE KICKING IN LITTLE MISHAPS, SEE HOW AMERICA REACTS TO THIS "ACCIDENT OR THAT ONE".

**HYPO SPEAKING** LET'S SAY THE NEW ALLIES ARE **CHINA, NORTH KOREA, CUBA,** HELL THE WHOLE SOUTH OF THE WORLD ABOVE & BEYOUND!

**FAST FORWARD**

WHAT PEOPLE WORTH BILLIONS DO WITH ALL THAT MONEY IN A CRUMBLING COUNTRIES? WELL HELL HE BUYS UP EVERYTHING IN THE COUNTRY THAT HAS EVERYTHING "**GOOD OLE USA",** BY HOOK OR CROOK,   MAN,  BEAST  AND BUILDING, THIS MAN HAS PURCHASED!

HOW IN THE HELL DO AMERICANS "NOT" OWN THE MAJORITY SHARE OF ANYTHING **IN THEIR OWN COUNTRY!! HOW THE HELL, HOW THE HELL!   HOW THE HELL** DO THIS MAN & HIS FRIENDS **OWN**

52

EXHIBIT # 8    82

**AMERICA** AND YES, I'M GOING TO SAY WHAT YALL SEEM TOO SCARED, ASHAMED OR FLAT OUT FEELING LIKE 1ST CLASS "A DOUBLE S'S TO SAY  **AND THE WHITEHOUSE,  THE MAN IS  KING  OF THE HILL!**

**HYPO SPEAKING,**  SAY YOU DIDN'T KNOW **THEY CONTROL** ALL **THE SOCIAL MEDIA, INTERNET, PHONE SERVICES AND NEWS,** SURELY YOU DO KNOW THEY CONTROL THE NEWS**, EVERYTHING THAT IS OF CONCERN TO YOURS, MINE, OUR LIVES,** IF YOU GET SICK, NEED EMERGENCY CARE, NEED FINANCIAL , ASSISTANCE,  YOUR HOUSING,  YOUR FOOD , ALL THE LITTLE SHOPS  SURROUNDING YOUR NEIGHBORHOODS,  JUST PICK ONE, THEN PICK THE ABOVE LISTED COUNTRIES THAT BEST SUITS THE AREA OF YOUR LIFE!   "LIFE"

SPEAKING OF WHICH LADIES AND GENTS, AS LIFE TAKES IT COURSE, SINCE WHEN DID IN A SECESSION OF TIME (MAYBE THEY FORGOT BY NOW) DID A TUGBOAT DESTROY A TANKER OF OURS, OVER & OVER AGAIN?  SINCE WHEN DID A BRIDGE THAT'S BUILD TO LAST THAT CONNECTS YOU TO CIVILIZATION COLLASPE, "REALLY" LEAVING YOU STUCK! SINCE WHEN DID AIRLINE PILOTS DECIDE TO TAKE YOUR LIFE BECAUSE HE DOESN'T LIKE HIS OWN, SINCE WHEN DID FOLKS START RUNNING FOLKS DOWN, SINCE WHEN DID OUR WEATHER BECOME AS RADICAL AS THE TERRORIST, **SINCE WHEN DID WE ALLOW SUCH UN-COUP'D IMMATURITY TO ADDRESS AND SPEAK FOR OUR COUNTRY, THE USA?**

BELIEVE IT OR NOT AND I'M NO PSYSIC, I TOLD MY CHILDREN DONALD TRUMP WAS GOING TO BECOME POTUS, THAT DON JR. WAS GOING TO BE HIS DOWNFALL AND TAKE HIM UNDER, BUT TO GET TO THE BOTTOM OF THE MESS THEY'RE GOING TO HAVE TO CHECK THE "back door's BACKDOOR'S **BACK DOOO!**" TO FIND THE PLOT,   OF COURSE THEY (MY CHILDREN) LAUGHED.

**HYPO SPEAKING** SAY CLIMATE CHANGE IS CONSIDERABLE, DONALD DRUMPT, PARDON ME, DONALD TRUMP DOES NOT BELIEVE IN CLIMATE CHANGE, DID ANYBODY BESIDES ME WATCH HIM CHIP OUR INFRASTRUCTURE TO PIECES, ARE YOU NOT AWARE OUR MILITARY IS BEING WEAKENED? "IF A NIGG WANNA FIGHT IN A DRESS, LET THAT ASS FIGHT THEN"! BECAUSE **YOU DONALD DRUMPT** (DAMN)

53

EXHIBIT # 8    PG 3

**TRUMP AIN'T GOING, THEN OR NOW**, UNLESS OF COURSE ITS TO CONTINUE THIS SHARADE OF LEAVING THE COUNTRY ON THE PRETENSE OF HELPING OUR COUNTRY WHILE THE WHOLE TIME **HE'S SELLING OUR COUNTRY!!**

**SERIOUSLY SPEAKING** HERE'S WHAT YOU DON'T SEE, YOU DON'T SEE YOU ARE ASKING THE WRONG QUESTION, THE QUESTION IS "TRUMP DO YOU BELIEVE IN **"CLIMATE MANIPULATION"**, **"WEATHER MANIPULATION"?** NO MATTER WHERE WE MOVED TO OR LIVED AT NIGHT AT A CERTAIN TIME THE NEIGHBOR WOULD LET OFF A GREAT BIG BOOM, LIKE M80 FIRECRACKERS, WE WOULD ALL COMMENT ON THE FACT THAT THE MEXICANS POP FIREWORKS ALL YEAR ROUND, THEN AS THINGS REQUIRED MORE OF MY ATTENTION CONCERNING THIS DOMESTIC TERROR, I BEGAN TO NOTICE THAT ONCE THE NEIGHBOR LET OFF A BIG BOOM, SOMEWHERE SOME 20+ BLOCKS AWAY ANOTHER BIG BOOM, THEN OFF IN THE FARTHER DISTANCE ANOTHER BIG BOOM, IT STARTED REMINDING ME OF THE COMMUNICATION BETWEEN TRIBES LONG AGO. THEN I STARTED TO NOTICE AFTER HEARING THE BIG BOOMS, THE WEATHER WOULD BE CLOUDY IF NOT RAINY (THINGS THAT MAKE YOU GO UUMMM') NOONE SEEMS TO NOTICE THE AREAS GETTING HIT THE HARDEST OVER AND OVER, WEITHER ITS **FIRE, RAIN, FLOOD,** THE COMPANIES WITH SURPRISE ISSUES, RECALLS AND FALL APARTS ARE ALL ENEMIES OF THE WHITEHOUSE. THE KING OF THE HILL.

DON'T YOU SEE THE LISTED COUNTRIES ARE IN EVERY POSITION AN AMERICAN SHOULD HOLD! (just so you know I do not agree with the immigration mess). FROM OUR POLICE TO ARMED FORCES TO OUR DINNER TABLES**, WE ARE IN THE HANDS OF THE ENEMY** THE HIT LIST IS REAL YALL!

**HYPO SPEAKING** IF WAR BROKE OUT, OUR INJURED **(OH YEAH, THE WAR IS ALREADY ON OUR SOIL)** WILL BE CARED FOR BY WHO? THE HOSPITALS ARE FULL OF NON-AMERICANS? BANKING INSTITUTIONS, STRANGE ACCENTS, COMMUNICATIONS, STRANG ACCENTS, EVERYTIME YOU ATTEMPT TO HANDLE

54

EXHIBIT # 8 B4

BUSINESS, "**SOMEBODY PLEASE TELL ME WHO, WHAT AND WHY DO THESE THIRD PARTY" (CONS) EXSIST?**

**HYPO SPEAKING** SINCE WHEN DID AMERICA EXPERIENCE "SINKHOLES" LIKE TODAY? (**TUNNELING PEOPLE**). SINCE WHEN DID OUR LOVE ONES COME HOME WITH MORE THAN PTSD (IF THAT AIN'T ENOUGH). A YOUNG SERVICEMAN STARTED THIS QUEST FOR ME, SOMEONE I DON'T EVEN KNOW. HE COMMITTED A CRIME, WHILE BEING LEAD OFF IN CUSTODY, HE SAID "THE MILITARY WAS PUTTING THINGS IN HIS HEAD, MAKING HIM DO THINGS".

I ALSO FELT SOMETHING WAS GOING ON (BESIDES GOING BALD) WITH MY HEAD, I KNOW WHAT I **WILL** DO AND THESE STRANGE THOUGHTS KEPT ENTERING MY HEAD!

ALL THESE FOLKS KEEP RESEARCHING THIS RACIST OLD NEWS, THROWING OUT **NEGATIVE NARRATIVES,** ATTEMPTING TO BRING TO THE FOREFRONT **100 YEAR OLD, NEGATIVITY**, PUT IT BACK ON THE MINDS OF THE OLD TO PREACH TO THE YOUNG, AS IF THE HEROS OF YESTERYEAR FELT THAT WAY. BETCHA' **THOSE OF YOU DOING ALL THIS RESEARCH ARE NOT THE RACE** YOU ARE THROWING OUT TO THE AMERICAN PEOPLE, **BETCHA' YOU CAN DO NOTHING BUT SIT THERE AND LOOK UP NEGATIVITY, BETCHA' YOU NEED TO RESEARCH RAT LINES (GIVE YOU SOMETHING BETTER TO DO) PUT THAT OUT FOR THE AMERICAN PEOPLE!! BETCHA' WON'T DO THAT! BETCHA'.** BETCHA' YOU ARE NOT ALLOWED.

**SERIOUSLY SPEAKING**

STARTING WITH A CHILD'S MICROSCOPE, KNOWING SOMETHING WAS GOING ON, MORE THAN WHAT THE ATTACHEMNTS TO MY CLAIMS EXPLAIN, I STARTED STUDYING THESE PEOPLE AS THEY HAVE STUDIED & HOOKED ME UP. 1ST. HEAD PAINS: TOOK A STRAND FROM **MY** HEAD (NOTICE I DIDN'T SAY HAIR) PLACED IT UNDER THE MICROSCOPE AND "**WA-LA" I ASK THE WORLD WHAT DOES IT LOOK LIKE**

EXHIBIT #8   PJS

TO YOU? DON'T WORRY I'LL WAIT.. (KATT WILLIAMS, MY BROTHER, WE NEED TO TALK).  TAKE A GOOD LOOK AT THESE VIDEOS,  AT THE PHOTOS!

I'VE BEEN DEEMED MENTALLY ILL, MY OUTLOOK ON REAILTY IS ALTERED, SO AGAIN AMERICA, I ASK YOU "WHAT DOES THIS LOOK LIKE TO YOU?" MIND YOU, I'VE BEEN DIAGNOSED, SO LET'S ASK THE HEALTHY MINDED, "WHAT DOES THIS LOOK LIKE TO THE SANE?

TO MAKE SURE MY MIND WASN'T PLAYING TRICKS ON ME, I PULLED A STRAND FROM MY FAMILY AND MYSELF, FROM HEAD TO TOE (NOW THAT I KNOW WHAT I'M LOOKING FOR), I GOT THE SAME RESULTS, SOME SCARIER LOOKING THAN OTHERS.  TAKING A LOOK AT THE VIDEOS AND PHOTOS ATTACHED, I CAN REST MY CASE THERE,   **BUT** I CAN'T,   THERE'S MORE MUCH MORE!

**"FOR YEARS MY FAMILY AND I HAVE BEEN VICTIMS OF DOMESTIC TERROR,** AN ONSLAUGHT OF DAILY AND NIGHTLY ATTACKS, IN & OUT OF THE HOME, WE ARE UNDER 24-HOUR SURVELLANCE, MYSELF AND 10+ OTHERS WERE PRESENT IN MY HOME WHEN THE "**SURVELLANCE CAMERA"** WAS FOUND INSIDE MY WALL, WHEN THE "**MAN BEHIND THE CAMERA ENGAGED IN A TUG OF WAR WITH ME FOR THE CAMERA"** UNTIL THE WIRE BROKE, MAY I MENTION, HE WASN'T ALONE.  HAVE YOU EVER CHASED SOMEONE THROUGH YOUR HOUSE THAT'S RUNNING BETWEEN THE WALLS OF YOUR HOME, ONLY BEING ABLE TO FOLLOW THE SMELL, THROUGH YOUR WALLS, UP YOUR STAIRS? WELL JUST IMAGINE SEEING **A MAN THE SIZE OF A HORSE JOCKEY ROLL OUT OF YOUR WALL**, ACROSS YOUR AWNING, DROP TO THE GROUND, RUN, STOP, "**MAKE EYE CONTACT WITH YOU"**, RUN OFF, or "**LIFT YOUR BEDROOM CLOSET CEILING"** WITH THE BROOM HANDLE, NEEDING NO EFFORT TO PUSH A FLAP OF STUCCO UP, TO **HEAR 3 - 4 PAIRS OF FEET TAKE OFF RUNNING ACROSS YOUR CEILING TO GET AWAY!!**  FOR A SMALL FEMALE AND SINGLE PARENT THIS WAS QUITE SCARY AS HELL.  YOU CAN'T ASK YOURSELF "IS THIS REAL?"

**UNLIKE THE POTUS,   WHEN HEARING AND LOOKING DEAD AT THE TRUTH    "ITS THE TRUTH"!!!**

EXHIBIT#8    136

CAMERAS, MICROPHONES, MOTION SENSORS, PRESSURE PADS ECT, THE WHOLE WORKS ARE INSTALLED WHEREVER WE RESIDE, ANYONE THAT LENDS AN EAR, OR WANTS TO HELP WITH THIS TERROR IS PUT ON THE TERROR LIST, THEY EITHER DISAPPEAR FROM YOUR LIFE OR THEY DON'T WANT TO SEE YOU AGAIN. I'VE WATCHED LIVES FALL APART JUST FOR ACCEPTING EVIDENCE FROM ME OF THIS DOMESTIC TERRORISM AGAINST AN AMERICAN, AGAINST US. I'VE ATTEMPTED TO GET HELP, CHECK OUT THE LIST OF REPS AND OTHERS I'VE CONTACTED TO INFORM OF THIS, GETTING PASS THE "GATE KEEPERS" IS A REAL M.F. I MAIL STUFF, ITS INTERCEPTED, HOW MANY TIMES HAVE YOU MAILED PAPERWORK THAT REQUIRES "CHAIN OF COMMAND", MAILED RITE AT CLOSING OF BUSINESS FOR YOUR POST OFFICE, ONLY TO RECEIVE AN "RESPONSE" THE VERY NEXT DAY OR SO, NEVER MORE THAN 3 DAYS? NEVER MAKING ITS DESTINATION, NEVER GOING THROUGH THE MAIL SYSTEM, MUCH LESS THE CHAIN! OUR EVERYTHING CONCERNING COMMUNICATION IS HACKED AND RE-DIRECTED, IMAGINE, HEARING THE SAME VOICE, NO MATTER WHO OR WHERE YOU CALL. OUR HOUSING, UTILITIES, ASSISTANCE AND BANK ACCOUNTS ARE CONSTANTLY TAMPERED WITH. EACH TIME I ATTEMPT TO GET SOMEONE TO LOOK INTO THIS ISSUE, I'M THE ONE PLACE UNDER EVERY TYPE OF INVESTIGATION IMAGINABLE, I'M TESTED FOR HEAVY DRUGS BUT NEVER TESTED FOR THE HEAVY METALS I SPEAK OF, ALL FOUR HEAVY METALS WE ARE SUBJECTED TO DAILY IN EVERYTHING WE USE AND CONSUME.

WHEN THE INVESTIGATORS ARRIVE AT MY HOUSE, I TRY TO POINT OUT THE INSTALLATIONS, BUT NO ONE WANT TO SEE THEM, THEY ALL SAY "I'M/WE'RE NOT HERE TO DISPROVE YOU, WE JUST WANT TO MAKE SURE YOU GO TO MENTAL HEALTH".

TAKE A LOOK AT THE LIST OF REPRESENTATIVES I'VE TRIED TO INFORM AGAIN, NOW TAKE A LOOK AT THE GATE KEEPERS, CHECK WHO DETERMINES IF YOU CAN SPEAK WITH YOUR REP, WHO WILL TAKE YOUR INFO, WHO TELLS YOU WHAT THEIR OFFICE WILL NOT HANDLE. I'VE BEEN ASKED BY THESE

EXHIBIT#8  87

PEOPLE "IF I'M MENTAL, I'VE BEEN LAUGHED AT, TOLD THAT'S IMPOSSIBLE, THAT CAN'T HAPPEN, GET A JOB, HUNG UP ON AND MY FAVORITE I'LL PRAY FOR YOU".

**HYPO SPEAKING** STILL CAN'T CALL IT **INFILTRATION,** "TAKING ADVANTAGE OF THE AMERICAN DREAM" CAN IT?

**HYPO SPEAKING** FOR DECADES, FOR A CENTURY EARNING YOUR WAY INTO THE SENATE, INTO THE HOUSE OF REPRESENTATIVES, CAN'T CALL THESE GOOD SERVING AMERICAN CITIZENS, LONGTIME, DEEPLY BRED, (WAIT FOR THE RIGHT YEARS TO INACT THE HATE) IN "THE PLAN" "THE PLOT", "THE PROJECT"! CAN'T CALL IT "INFILTRATION" NOT THESE GOOD OLE AMERICANS, YOU THINK?

"CAN'T CALL OUR GOOD OLE AMERICAN SERVING PEOPLE **THE ENEMY** CAN WE?" CAN WE NOT? SHOULD WE PONDER THE THOUGHT, SHOULD WE INVESTIGATE HOW MANY **LASTNAMES HAVE CHANGED TO "SOUND" MORE AMERICAN, NOT BE MORE AMERICAN!!!!**

I ASK YOU AMERICA "WHAT DO YOU SEE IN THESE VIDEOS?" FIRST SELF POTRAYAL I HAVE EVER DONE, AS YOU CAN TELL, **I DID NOT PUT THIS IN MY HEAD AND BODY MYSELF** FOR THAT MATER IF ANYONE UNDER MY ROOF CAN PULL THIS OFF, WE SHOULD NOT BE IN THIS SURVIVAL STRUGGLE (EAT OR PAY BILLS) CAN'T AFFORD ICE CREAM OFF THE ICE CREAM TRUCK.

WHAT YOU DON'T SEE IS, **"HOW"** ITS BEING DONE AND YOU DON'T KNOW (I DO, NOW) YOU'RE JUST WAKING UP DIFFERENT MORNINGS FEELING LIKE YOU HAD A FEW TOO MANY THE NIGHT BEFORE AND THEY LOVE WHEN YOU'VE HAD TOO MANY.

**I IMPLORE YOU. IT IS IMPERATIVE THAT YOU STUDY THIS ENTIRE PACKAGE, THIS WHOLE CLAIM, EVERY PAGE, EVERY PHOTO,** 125 PAGE CLAIM, IT'S NOT EVEN AN 1/8 OF WHAT IS TAKING PLACE IN YOUR HOMES WHILE YOU'RE ASLEEP! FOR THE SAKE OF NOT SOUNDING LIKE A MENTALLY ILL PERSON, **(ANYBODY NOTICE HOW THEY ARE PUSHING "MENTAL ILLNESS" OUT THERE TO THE AMERICAN**

EXHIBIT # 8        P58

PEOPLE THESE DAYS) I'LL LEAVE IT THERE, BUT IMPLORE YOU TO TAKE THE TIME TO READ THIS ENTIRE CLAIM, USE YOUR OWN MIND, YOUR OWN BRAIN, YOUR OWN COMMON SENSE!!

TRAVEL BACK TO THE TITLE OF THIS OP-ED

THE CHALLENGE, I CHALLENGE EVERYONE, PROFESSIONALS, LYMEN, SCIENTIST, SCHALOR, DOCTOR, PASTOR, POLICE, TEACHER, RICH, POOR, HAPPY, SAD, HOMELESS, SENATE, CAPITOL HILL, POTUS, NEWS, JUDGE, CASHIER, CHILD, WHOMEVER YOU MAY BE WHATEVER TITLE YOU MIGHT HOLD! WHAT I SAY IN THESE ATTACHEMENTS AND WHAT YOU SEE IN THESE VIDEOS & PHOTOS I SHOW IS TRUE, REAL, AUTHENCTIC AND UNALTERED. I CHALLENGE YOU TO COME SEE FOR YOURSELF, PULL A STRAND (NOTICE I DIDN'T SAY HAIR) FROM ANY PART OF MY BODY, YES FROM THE ROOTA TO DA TOOTA, PUT IT UNDER THE MICROSCOPE, SEE WHAT YOU SEE, FOR YOURSELF, WITH YOUR OWN EYES, THERE'S ONLY ONE CATCH THOUGH, WHATEVER IS DONE MUST BE DONE IN A MANNER WHERE THE WHOLE WORLD CAN SEE WHAT TAKE PLACE FROM BEGINNING TO END! "I HAVE NOTHING TO HIDE".

AMERICA YOU HAVE EXCEPTED CHALLENGES OF LESSER VALUE AND SOME OF GREAT VALUE, WELL AMERICA THIS IS A "CHALLENGE FOR YOUR FREEDOM", "GET UP DAMNIT, STAND UP TO THE CHALLENGE" IF YOU DON'T, YOU, WE, THE USA LOSES! PULL SOME STRANDS FROM YOURSELF, SEE WHAT YOU SEE (THINK I'M PLAYING) I'M NOT THE ONLY AMERICAN FAMILY GOING THROUGH THIS, NOW THAT I KNOW WHAT I'M LOOKING FOR, I AM LOOKING AT YALL, YOU, YOUR FAMILY, FRIENDS, I SEE WHO IS AND WHO IS NOT, EVEN T.V. PERSONALITIES, I CAN SHOW YALL!!

"THIS IS THE GREATEST CHALLENGE OF OUR LIVES PEOPLE, AMERICANS, ARMED FORCES, PEOPLE WITH A PIECE OF SENSE, LOOK AT YOURSELVES!!!

HYPO SPEAKING CHECK HISTORY THINK "RAT LINES": AMERICAN SINKHOLES IN RESIDENTIAL AREAS. THINK "MASTER CRAFTMEN": HOMES BEING INVADED, YOU CANNOT TELL YOUR CEILING LIFTS OR YOUR WALL SLIDES IN/OR OUT, POINTS OF INSTALLATION OR IF YOUR CARPET & FLOOR HAS BEEN

59

EXHIBIT # 8    pg 9

CUT THROUGH "IF YOU DON'T KNOW OR HAVE REASON TO SUSPECT SO.  WHAT I NOW KNOW, "ITS REAL PEOPLE, CALL ME A LIAR, CALL MY BLUFF!  I DARE EVERYBODY TO SAY I'M LYING, I'M MAKING THIS UP, IF SO, THEN MAKE ME PROVE IT'S REAL AND I WILL...MASTER CRAFTMEN, HORSE JOCKEY SIZED PEOPLE (THEY'RE NOT ALL MEN).

**THINK** WHO'S BUILDING THE NEW HOMES, DOING CONSTRUCTION, DIGGING, FIXING OUR INFRASTRUCTURE, WORKING ALL THE BUSINESSES, THE MASSAGE & NAIL SHOPS, IT'S NOT THE POTUS (TRYING TO PLAY BOTH ENDS AGAINST THE MIDDLE) AND HIS IMMIGRATION FOLKS,  IS IT?

THIS PACKAGE WILL TAKE YOU DEEPER.

ACUPUNCTURE: NEED I SAY THE STRANDS HAD TO BE PUT IN SOMEHOW, PLACED, TRANSPLANTED, INSERTED ECT. IN THE HEAD & BODY, THE SMALLER THE STRAND THE MORE INTENSE THE PAIN, BUT THAT'S NOT IT, THEY PRODUCE "HEART ATTACKS, STROKES, ANEURYSMS, SWOLLEN JOINTS, PINCHED NERVES ECT.  I'M TELLING YOU I'VE STUDIED THIS AS THEY HAVE STUDIED ME FOR YEARS, I HAVE 1ST HAND KNOWLEDGE OF ME, MYSELF!

RICE WRITERS: YOU KNOW WHEN YOU GO TO DOWNTOWN LAS VEGAS AND THE ASIANS HAVE THE SPOT WHERE THEY WRITE ON A GRAIN OF RICE AND THE PEOPLE BUY THAT SHIT FOR JEWERLY, WELL THAT'S WHAT WE ARE DEALING WITH HERE, ONCE YOU GRASP THIS "YOU WILL BE ABLE TO SEE THE MICROSCOPIC WRITING ON THE WALL, ON YOUR BODY AND ALL YOUR BELONGINGS.  GUARANTEED" AND...

THE TAKE OVER: SIMPLE AMERICA "WE ARE UNDER A SILENT ATTACK"!!!  A WAR HAS BEEN WEDGED AGAINST US ON OUR OWN SOIL, SLOWLY OUR DEFENSES ARE BEING ATTACKED, OUR FOODS, OUR MINDS, OUR LIVLIHOOD, OUR DEMOCRACY, OUR FREEDOM FROM EVERY SOCIAL MEDIA POLL TO THE

60

EXHIBIT #8    PS10

NEWS TO EVERYDAY T.V. IN EVERY POTILICAL PARTY INTEREST "**THEY ARE HERE**" "**WE ARE UNDER ATTACK**" FROM WITHIN AND BEYOND!!!

LASTLY..

YES, I STAND BY MY CHALLENGE TO THE ENTIRE WORLD! FOR THOSE WISHING TO DISCREDIT ME RATHER THAN FACE THE TRUTH, LOOK ME UP, GO AHEAD, RESEARCH ME, CHECK MY HISTORY, **MY CRIMINAL HISTORY, YES, I HAVE ONE, IT'S A DOOSY TOO!** CHECK OUT MY VERY FIRIST COMMITTING OFFENCE (THINGS THAT MAKE YOU GO UMMMM') FOR IT TO **BE A 30+ YEAR OLD CASE, IT STILL GETS BACKROOM ATTENTION TODAY**, HELL FOR THAT MATTER IT WAS ALTERED A FEW YEARS BACK TO SUIT THE PURPOSE OF THESE PEOPLE, I COULDN'T GET A COPY OF MY OWN CASE UNTIL THE ALTERATIONS WERE COMPLETE (I GUESS THEY FORGOT I WAS THE ONE THERE WHEN THE CRIME WAS COMMITTED) BUT BY ALL MEANS **DIG DEEP**, ME, MY FAMILY WE HAVE NOTHING TO HIDE PLUS MY BACKGROUND WILL NOT CHANGE WHAT YOU ARE LOOKING AT OR WHAT YOU WILL SEE IF ANYONE STANDS UP TO THE CHALLENGE, WE HAVE NOTHING TO HIDE.

WHEN YOU'RE DONE RESEARCHING ME, RESEARCH **THE SOVEIT, RAT LINES, WHERE THEY ENDED UP, WHERE THEY SETTLED, WHERE ARE THEY NOW, BUT MORE IMPORTANTLY "WHO ARE THEY NOW"!?**

CHECK OUT WHO YOUR REPRESENTATIVES ARE MARRIED TO, CHECK OUT WHAT THEY ARE DOING CONCERNING THE ABOVE LISTED COUNTRIES.

RESEARCH WHO IS IN THE WHITEHOUSE DOING WHAT WITH EACH LISTED COUNTRY.

SEE IF ITS NOT SO FAR FETCHED THAT THEY ARE "RAT LINING" "TUNNELING INTO YOURS, OURS, AMERICANS HOMES" WHILE YOU ARE "KNOCKED OUT" SLEEP!

41

EXHIBIT#8    BV



"TAKE THE CHALLENGE AMERICA,  WE ALL  CAN NOT AFFORD TO BE AFRAID,  WE MUST  "STAND UP"

TO THIS CHALLENGE FOR" THE SAKE OF AMERICA"

BRIGETTE MICHELL HUIT

EXHIBIT #8   PG12

TRUCK EXIT THE UNIVERSITY'S PARKING AREA BEING DRIVEN BY AN YOUNG WHITEMAN, HIS PASSENGER A YOUNG WHITEWOMAN, THEY BEGAN TO FOLLOW ME, IT WAS NOT UNTIL I ATTEMPTED TO TAKE THEIR PHOTO THAT THE TWO IN THE WHITE TRUCK STARTED TO SCRAMBLE TO PUT ON DARK GLASSES, THEY HAD FORGOTTEN TO REMOVE THEIR HEAD GEAR, WHEN THEY REMEMBERED, THE BOTH OF THEM SNATCHED THE CAPS OFF. EACHTIME I ATTEMPT TO UTILIZE TECHNOLOGY TO SEND THIS OP–ED OR ANYTHING, I AM HACKED, REGARDLESS OF MY LOCATION, FROM DOWNTOWN LOS ANGELES LAW LIBRARY TO HOME, THERE IS ALWAYS SOME SORT OF UTILITY TRUCK IN MY VICINITY. I CAN FIND NO REASONABLE

63

EXPLANATION AS TO WHY MY FAMILY AND I WOULD BE UNDER THE SURVEILLANCE, CYBER CRIMES AND TAMPERING FROM THE DEPARTMENT OF HOMELAND SECURITY (CREATE) SINCE 2015, WE DO NOT MEET ANY CRITERIA SUCH AS RISK OR ECONOMIC ANALYSIS. THE ONLY CONNECTION BETWEEN THE DEPARTMENT OF HOMELAND SECURITY (CREATE) AT USC AND I IS FRANK TREVINO.

15. FRANK TREVINO, EX POLICE OFFICER, TERMINATED BY NEWTON STREET POLICE DEPARTMENT LOCATED AT 3400 SOUTH CENTRAL AVENUE LOS ANGELES CALIFORNIA 90011 FOR HIS MISCONDUCT UNDER COLOR OF LAW WHEN PLACING INDIVIDUALS UNDER ARREST. FRANK TREVINO HAS AN FLAGRANT DISREGARD FOR HUMAN LIFE, ESPECIALLY FOR PEOPLE OF COLOR

AND PEOPLE OF LOW INCOME, WHICH HE HAD DEMONSTRATED ON NUMEROUS OCCASIONS.

TREVINO'S OFFICIAL PITCHESS REPORT OF HIS EMPLOYEE BEHAVIOR ALONG WITH WHAT HE IS DOING TO MY FAMILY AND I WILL REVEAL HIS TRUE CORRUPT NATURE, HE IS PERSISTENT, RELENTLESS AND DANGEROUS.

16. FRANK TREVINO IS PRESENTLY EMPLOYED BY THE DEPARTMENT OF HOMELAND SECURITY (CREATE) AT THE UNIVERSITY OF SOUTHERN CALIFORNIA, WHILE ALSO HOLDING AN SECOND EMPLOYMENT WITH SECURITY INDUSTRY SPECIALIST INC. IN BOTH OF FRANK TREVINO'S EMPLOYMENT CAPACITIES, TREVINO HAS FIRSTHAND ACCESS TO ELABORATE

65

AND SOPHISICATED ELECTRONICS, SURVEILLANCE EQUIPMENT AND ELITE ON LOCATION OPERATIVES.

17. FRANK TREVINO UNDER COLOR OF LAW SOLICITATED AND CONSPIRED WITH LOS ANGELES STREET GANGMEMBERS TO COMMIT MURDER, THE DEPARTMENT OF HOMELAND SECURITY (CREATE) AT USC AND SECURITY INDUSTRY SPECIALIST INC, TO ASSIST IN THIS ONGOING TERROR AND ABUSE.

18. EXHIBIT # 9, AND WITNESS LIST, APRIL 2015 WHILE RESIDING IN THE SCOTTSDALES TOWNHOMES LOCATED AT 23400 AVALON BOULEVARD CARSON, CALIFORNIA, I MAILED AN LETTER OF COMPLAINT AGAINST FRANK TREVINO PERTAINING TO HIS PUTTING MY LIFE

66

JULY 29 , 2018

TESTIMONY # 6

IF I WERE IN A COURT OF LAW THIS WOULD BE MY TESTIMONY   MY NAME IS BRIGETTE MICHELLE HUIT, LASTNAME  HUIT.    WHEN I FIRST REALIZED I WAS BEING FOLLOWED WAS IN THE SUMMER OF 2015, WE WERE LIVING IN THE CITY OF CARSON IN THE SCOTTSDALE TOWNHOMES.   ONE DAY WE,  MY CHILDREN AND I, I BELIVEV MY OLDEST DAUGHTER'S BOYFRIEND WAS WITH US AT THE TIME,  WE LEFT THE HOUSE AND GOT ON THE HARBOR FREEWAY 110 NORTH,  I DRIVE THE FAST LANE AT ALL TIMES SO I HEADED TO THE FAR LEFT LANE,   I ALWAYS CHECK MY MIRRORS,  I NOTICED AS I CHECKED MY REARVIEW MIRROR , WHAT LOOKED TO ME LIKE AN EMERGENCY VEHICLE ( I THOUGHT IT WAS BECAUSE OF THE EXTREMELY LONG EXTENDED BLACK ANTENNA STICKING UP IN THE AIR)  WAS COMING FAST AS IF IT WAS HEADED TO AN EMERGENCY, NOW I HAD YET TO SEE THE JEEP, I JUST SAW THE ANTENNA.  THE CARS BEHIND ME WERE GETTING OUT OF ITS WAY AND I THOUGHT TO DO THE EXACT SAME EXACT THING WHEN IT GOT TO ME, BUT THAT WASN'T THE CASE.  WHEN THE CAR BEHIND ME GOT OVER TO THE RIGHT I PUT ON MY BLINKER TO GET OVER,  ONCE BEHIND ME THE JEEP SLOWED DOWN, THIS I THOUGHT WAS STRANGE,  I CHECKED MY REARVIEW MIRROR AGAIN AND SAW THE DRIVER WAS FRANK TREVINO, HE WAS BEHIND THE WHEEL OF A BIG BLACK AND WHITE JEEP ON BIG MONSTER TIRES (WHAT I CALL A MONSTER TRUCK) HE HAD TWO PASSENGERS, ONE IN THE FRONT PASSENGER SEAT AND ONE IN THE BACK  PASSENGER SEAT.  I THOUGHT TO MYSELF THIS IS THE OFFICER I JUST ATTEMPTED TO FILE MY COMPLAINT AGAINST. I GOT OVER TO THE RIGHT LANE TO SEE IF HE WAS GOING TO PASS ME BY, HE DIDN'T, HE DROVE ALONG SIDE OF ME AND JUST GLARED AT ME FOR A FEW MOMENTS THEN SPED OFF,   I WAS YELLING AT MY CHILDREN  "THAT WAS HIM, THAT WAS HIM, THE POLICE I FILED THE PAPERWORK ON" THAT WAS HIM.

FROM THAT DAY HE HAS PURSUED ME, MY FAMILY AND FRIENDS.   THE NEXT DAY HE PULLED ALONG SIDE OF MY CAR, HE HAD CHANGED CARS AND WAS WEARING A SHORT BLONDE WIG, HE IS A BALD MAN. HE FOLLOWED ME ON THE 110 HARBOR FREEWAY GOING NORTH, ONCE AGAIN HE PULLED ALONG SIDE OF MY CAR AND GLARED AT ME THEN SPED OFF, THE NEXT DAY ON THE 110 HARBOR FREEWAY, HE PURSUED ME WEARING WHAT LOOKED TO BE AN ARMY GREEN BENNIE. I STARTED TO WONDER "HOW DOES THIS MAN KNOW EVERYTIME I LEAVE MY HOUSE?"

67

EXHIBIT # 9      P91

DOIN'T GET ME WRONG, IN THE BEGINNING OF ALL THIS I THOUGHT "OH HE WANTS TO PLAY, LET'S PLAY", BECAUSE I  THINK I DRIVE JUST THAT GOOD TO SHAKE HIS ASS AT ALL TIMES, AND I LAUGHED EVERYTIME I SHOOK HIS ASS ON THE STREETS OR FREEWAYS, I SAID TO MYSELF "HE GONE NEED SOME HELP IF HE THINKS HE CAN OUT DRIVE ME OR CHASE ME DOWN, THAT'S JUST WHAT HE DID, I HAD ALL KINDS OF CARS, MOTORCYCLES AND SUV's OON ME, ALL TYPES OF DIFFERENT PEOPLE.  ONCE HIS HELP ARRIVED,  I DIDN'T SEE FRANK TREVINO MUCH BUT I KEPT SHAKING HIS TRACKER,  ONCE I NOTIICED ONE I WOULD MESS UP TRAFFIC, BUST A U-TURN UNEXPECTEDLY, A LEFT OR WHATEVER TO GET AWAY FROM THEM.  FRANK TREVINO SHOWED BACK UP ON THE PURSUIT,  530 A.M. ON MOTHER'S DAY THIS MAN WAS SITTING ON THE SHOULDER OF THE 110 HARBOR FREEWAY NORTHBOUND WAITING ON ME, CHASED AND PURSUED ME UNTIL THE SUN CAME UP, LIKE I SAID IN MY TESTIMONY #1  HE WAS "MAD AS HELL" THAT I HAD SHOOK HIS ASS AGAIN, HE TURNED BEET RED BUT HE ENDED HIS PURSUIT.  I FGURED OUT THE SOUND OF HIS TRUCK SO EVERYNIGHT WHEN HE SHOWED UP OUTSIDE MY HOUSE I KNEW, HIS HEMI  SOUNDS DIFFERENT, MUCH STRONGER THAN THAT OF THE TELECOM MAN'S TRUCK WHO WAS WORKING THE WIRIING OF OUR HOUSE, I ALWAYS KNEW WHEN THEY CAME AND WENT.

AFTER THE MOTHER'S DAY PURSUIT IT SEEMED I WAS BEING FOLLOWED AND TRACKED BY EVRYBODY, IT SEEMED LIKE ALL DIRRERENT RACES, MOSTLEY MEXICANS, OLD PEOPLE, YOUNG PEOPLE, I THINK ITS "WRONG"  SOME OF THE AGES THEY HAVE WORKING, THERE IS QUITE A FEW HANDICAPS, ALL YOUR NEIGHBORS, YOUR NEIGHBORHOOD STORE, BUS ROUTE DRIVERS TO EVERYBODY WITH A CELL PHONE.

TO ME THIS SURVEILLANCE IS LIKE THAT OF THE SOVIET UNION.

BRIGETTE MICHELLE HUIT

68

EXHIBIT # 9    PG2

IN DANGER BY SOLICITATING LOS ANGELES STREET GANGMEMBERS TO MURDER ME, NAMES ON WITNESS LIST OF EX-GANGMEMBER WILLING TO TESTIFY TO SOLICITATION, DEFORMATION AND SLANDER, AFTER AN AUGUST 1 2003 ARREST MADE BY FRANK TREVINO WHICH RESULTED IN AN CONVICTION CASE # B A 2 5 2 3 8 9 STATE OF CALIF VS BRIGETTE M HUIT, I PLACED THE COMPLAINT IN THE MAILBOX IN FRONT OF THE SCOTTSDALE MANAGEMENT OFFICE ON AN SATURDAY, LATE AFTERNOON, AFTER THE CLOSE OF THE LOCAL POST OFFICE. THE FOLLOWING MONDAY, I RECEIVED AN LETTER ADDRESSED FROM THE OFFICE OF ADMINISTRATORS DENYING MY COMPLAINT. THE FOLLOWING SATURDAY FRANK TREVINO PULLS ALONG SIDE OF MY CAR

69

WHILE WITH MY FAMILY AND GLARES AT ME FOR A FEW MOMENTS THEN SPEEDS OFF, THE NEXT DAY TREVINO PULLS ALONG SIDE OF MY CAR WHILE I WAS TRAVELING ALONE, HE WAS WEARING A SHORT BLONDE WIG, AGAIN, HE GLARED AT ME AND SPED OFF, THIS CONTINUED DAY AFTER DAY, FRANK TREVINO WOULD BE IN DIFFERENT DISGUISES, UNTIL THE 530 A.M. MOTHER'S DAY PURSUIT ( exhibit #1) I, WAS SCARED TO DEATH,

I SERIOUSLY THOUGHT HE WAS GOING TO KILL ME, WHAT REASON, OTHER THEN MURDER WOULD THIS MAN BE CHASING ME IN THE DARK AT 530 A.M. IN THE MORNING, I WAS SCARED TO DEATH. THIS IS ABOUT

70

THE TIME MY FAMILY AND I BEGAN BECOMING ILL, MY GRANDCHILDREN WERE VISITING FOR THE SUMMER MY ENTIRE HOUSEHOLD HAD BOWEL, ABDOMEN, HEADACHES AND VIOMITING ISSUES, FROM AGES TWO TO FIFTY WE WERE ALL SICK CONTINUOUSLY WITH NO RELIEF FROM THE MANY DOCTORS WE VISITED. I STARTED WRITING MY TESTAMONIES OF EVENTS AS A JOURNAL BECAUSE I DID NOT THINK I WOULD LIVE LONG ENOUGH TO GET HELP WITH FRANK TREVINO AND HIS CREW, I WANTED TO MAKE IT POSSIBLE FOR SOMEONE TO TELL MY TRUTH OF WHAT AMOUNTS UP TO DOMESTIC TERRORISM ON AMERICAN SOIL AGAINST INNOCENT AMERICAN CITIZENS IN MY EYES.

71

19. EXHIBIT # 10 JULY 6 2015, 12 NOON, AFTER LIFTING THE CEILING IN MY BEDROOM CLOSET I TOOK MY FAMILY AND " FLED " THE STATE OF CALIFORNIA, I FIGURED IF I WAS GOING TO DIE I MAY AS WELL DIE WHERE I HAVE FAMILY. I TOOK A FEW ITEMS WITH ME WITH THE INTENTIONS OF HAVING THEM TESTED FOR POISONS, (MARIJUANA ) WE WERE FOLLOWED AND TRACKED ALL THE WAY TO THE TEXAS BOARDER .

I WAS PULLED OVER BY TEXAS BOARDER PATROL, MY CAR WAS SEARCHED, I INFORMED THE BOARDER PATROL I WAS IN POSSESSION OF THE MARIJUANA WITH LEGAL PAPERWORK, THEY INFORMED ME IN TEXAS

72

JULY 21, 2018

IF I WERE IN A COURT OF LAW THIS WOULD BE MY TESTAMONY

MY NAME IS BRIGETTE MICHELLE HUIT LAST NAME HUIT IN JULY    2015 I AM STILL LOOKING FOR THE WAYS THESE PEOPLE ARE ENTERING OUR HOUSE, I WALK INTO MY BEDROOM CLOSET AND NOTICE ONCE AGAIN THE STUCCO FROM THE CEILING IS ON MY SHELF AGAIN, THIS HAS BOTHERED ME FOR THE LONGEST SO I GO GET THE HOUSE BROOM, I WALK INTO THE CLOSET AND START IN THE CORNER OF THE CLOSET OVER THE SHELF, I "BARELY" TOUCHED THE STUCCO AND IT LIFTED!!!

WHEN I LIFTED THE CORNER CEILING OF MY BEDROOM CLOSET AND THE MEN TOOK OFF RUNNING, I DECIDED TO HEAD SOMEWHERE, JUST TO GET OUT OF THE HOUSE,    I HAD TWO PLACES IN MIND SO I PACKED UP ENOUGH CLOTHES FOR EACH OF MY CHILDREN, JUST ABOUT ALL MY CLOTHES HAD DISAPPEARED OR WERE DESTROYED, SO A WEEKS WORTH I DIDN'T HAVE BUT I PACKED WHAT I DID HAVE AND WITH FOUR BACKPACKS WE SET OUT ON A ROAD TRIP TO SOMEPLACE I THOUGHT WAS SAFER THAN WHERE WE WERE LIVING,    IF I'M NOT MISTAKEN, SINCE I HAD AGAIN ATTEMPTED TO GET SOME ASSISTANCE, JUST LIKE NOW, WHEN I REQUESTED SOME ASSISTANCE    WITH THE HUMAN TRAFFICKING, GANGSTALKING AND THE PEOPLE IN MY ATTIC AND WALLS I WAS SUBJECTED TO THIS SAME TREATMENT, "MENTAL EVALUATIONS, CHILDREN "EMERGENCY RESPONSE" UNIT OF THE CHILD

73

EXHIBIT# 10    P91

PROTECTION SERVICES, I AM GOING TO SAY THAT AGAIN "EMERGENCY RESPONSE" UNIT FROM CHILD PROTECTION SERVICES, "BUT" NOT ONCE DID "ANYONE" ENTER MY HOUSE TO CHECK IF WHAT I WAS SAYING IS TRUE!!! AS STATED BEFORE "I WAS TESTED FOR "DRUGS" NOT TESTED FOR THE "POISONS" I SPOKE ABOUT",

"I WAS MENTALLY EVALUATED" BUT WHEN I ATTEMPTED TO SHOW WHERE THE "CAMERAS" AND THE "MOTION CENSORS" WERE LOCATED I WAS TOLD "OH THAT'S NOT MY FIELD", OR "OH I'M OR WE'RE NOT HERE TO DISPROVE YOU", "NOT WANTING" TO SEE THE ENITIES WITH THEIR "OWN" EYES!!! SO IF I'M NOT MISTAKEN I WAS TO ATTEMPT ANOTHER DRUG TESTING FOR THE CHILD PROTECTION SERVICES BECAUSE EACH TIME I WENT TO THE LAB THEY WOULD HAVE TO CLOSE UNEXPECTEDLY, WHEN I ARRIVED THERE WOULD BE A NOTE ON THE DOOR OF THE LAB AND SOME OF FRANK TRAVINO'S PEOPLE WOULD BE SITTING OUT FRONT.

NOW MIND YOU I AM ALWAYS AND WAS ALWAYS WILLING TO DRUG TEST FOR ANYONE WHO ASKED ME TO "SIMPLY BECAUSE "I WANT TO BE TESTED FOR "HEAVY METALS" BUT "NOT ONCE" I MEAN "NOT A SINGLE TIME" DID "ANY ONE OF THESE ENITIES " "EVEN" "ASKED" FOR THE SLIGHTEST OF INFORMATION CONCERNING "POISON"!!!!!

I AM STILL CONTINUIOUSLY ASKING TO BE TESTED FOR "HEAVY METALS"!!!
SINCE THE LAB WAS CLOSED ONCE AGAIN (THIS WASN'T THE SAME ADDRESS AS THE LAST LAB I WAS TO BE TESTED AT) I PROCEEDED TO GO TO THE TREEHOUSE (MARRIJUANA DISPENSERY) BEFORE I JUMPED ON THE 110 HARBOR FREEWAY GOING NORTH.

THINGS HAD CHANGED FOR ME AT THE TREEHOUSE, THE WAY THEY SERVE YOU WHEN YOU COME IN WAS COOL, THEY WOULD LET YOU DECIED WHAT TREE YOU WANTED THEN THEY WOULD PULL OUT THREE OF FOUR PACKAGES OF THE TREE YOU CHOOSE AND LET YOU CHOSE ONCE AGAIN WHAT PACKAGE YOU PREFERRED TO PURCHASE. WELL FOR ME THAT HAD CHANGED, NOT ONLY HAD I

74

EXHIBIT #10    P52

NOTICED I WAS CONSTANTLY BEING SERVED BY THE SAME FEMALE, WHEN THERE WERE PLENTY OF WORKERS TO SERVE YOU BUT I WAS NOT A SPECIAL CUSTOMER OF THIS ONE LADY AND NO I DON'T KNOW HER NAME.    I HAD ALSO NOTICED I WAS NOT GIVEN THE LUXURY OF PICKING MY OWN PACKAGE ANYMORE, NO THE LADY WOULD LET ME CHOSE THE TREE THEN SHE WOULD GO TO THE BACK AND COME BACK WITH JUST THE NUMBER OF PACKAGES I WANTED TO PURCHASE, I'M NOT HARD TO PLEASE, SO I REALLY DIDN'T THINK ANYTHING OF IT UNTIL ONE DAY I WAS THERE AT THE TREEHOUSE HOLDING A CONVERSATION WITH ANOTHER CUSTOMER WHEN I REALIZED I WAS STILL WAITING TO BE SERVED AND SINCE I KNOW WHAT I WANT I WAS LIKE WHATS THE DEAL,    THE SAME LADY COMES OUT TO SERVE ME, I TELL HER WHAT I WANT AND SHE GOES TO THE BACK TO GET IT, WELL THE SAME WAS HAPPENING FOR THE OTHER CUSTOMER I HAD BEEN CONVERSATING WITH, WHEN THE TWO GIRLS CAME FROM THE BACK I INSTANTLY NOTICED THAT MY GIRL ONLY HAD ONE PACKAGE IN HER HAND WHILE THE OTHER GIRL HAD THE USUAL THREE PACKAGES AND THE OTHER CUSTOMER GOT TO CHOSE THE PACKAGE HE WANTED, I LOOKED AT MINE AND SAID TO THE GIRL "WHAT HAPPENED TO ME GETTING TO PICK THE ONE I WANT" SHE SAID "HUH" I RESPONDED WITH "NEVERMIND CAN I GET TWO MORE"?    SHE WENT TO THE BACK, SHE WAS GONE LONGER THAN I HAD EXPECTED BUT SHE DID RETURN WITH TWO PACKAGES OF BOY SCOUT COOKIE (THE NAME OF THE TREE) STILL NOT ENOUGH FOR ME TO MAKE A CHOICE FROM BUT I WASN'T TRIPPING, I PAID FOR THE TREE AND WENT TO THE LITTLE MARKET NEXT DOOR TO GET BLUNTS AND WHERE MY CHILDREN WERE.

MAYBE A    COUPLE WEEKS BEFORE I DECIDED TO LEAVE I HAD NOTICED THE SMELL AND TASTE OF THE TREE WAS DIFFERENT, I THOUGHT ABOUT THE NEEDLE HOLES IN ALL OF OUR STUFF AND TOOK A LOOK AT THE PLASTIC PACKAGE THE TREE CAME IN, TO "NO SURPRISE" I FOUND MAYBE SIX NEEDLE HOLES, WELL STICK PIN SIZE HOLES IN THE PLASTIC PACKAGE.

SO WHEN I PURCHASED THE THREE PACKS FROM THE TREE HOUSE MY INTENTION WAS TO HAVE ONE

75

EXHIBIT #10    PS3

TESTED FOR POISON, I KNEW AT THE TIME THAT I PURCHASED IT THAT THEY WOULD NOT DISAPPOINT ME, AND THEY DIDN'T.

WE JUMPED ON THE FREEWAY AND HEADED FOR MY BEST FREINDS HOUSE IN THE CITY OF POMONA, CA.    IT HAD BEEN A WHILE SINCE WE HAD LAST VISTIED AND I WAS SLIGHTLY CONFUSED ON WHERE TO EXIT, THE FREEWAY WAS HEAVY WITH TRAFFIC AND I WAS IN THE WRONG LANE TO MAKE HER EXIT SO I JUST CONTINUED ON THE 10 WEST FREEWAY HEADED TO TEXAS, IN MY MIND I SAID "DALLAS HERE WE COME".

THE DRIVE THERE WAS "EVENTFUL" TO SAY THE LEAST, WE WERE "FOLLOWED, CHASED AND THERE WERE EVEN "ATTEMPTS" BY "BIG RIG EIGHTEEN WHEELERS" TO "RUN US OFF" THE ROAD IN BROAD DAYLIGHT AND IN RAIN STROMS" THAT IS ANOTHER TESTAMONY FOR ANOTHER TIME.

 WE MAKE IT TO THE BOADER AND FOR THE FRIST TIME IN MY LIFE I WAS PULLED OVER BY THE CUSTOM AGENTS AND SEARCHED!!!    I REALLY THOUGHT NOTHING OF IT AT FIRST, UNTIL THE OFFICER ASKED IF I HAD ANY GUNS OR DRUGS, I TOLD HIM I HAD THE TREES (MARRIJUNA) AND MY PAPERS FOR THE TREES, HE QUICKLY INFORMED MY THAT MY PAPERS WERE ONLY GOOD FOR CALIFORNIA AND THIS IS TEXAS AND WE DON'T ALLOW DRUGS IN TEXAS.

THEY ESCORTED MY CHILDREN AND I INSIDE AS ANOTHER OFFICER PULLED MY CAR TO THE OTHER SIDE OF THE STREET.    ONCE INSIDE THEY ASKED THE USUAL QUESTIONS AND WITHOUT ENOUGH TIME LAPSE FOR THE CHECKING OF WARRANTS HE INFORMED ME THAT I HAD A WARRANT OUT OF ARIZONA AND THEY WOULD CHECK TO SEE IF THEY WANTED ME, AND AS FAR AS THE TREES WENT THEY WOULD DETERMINE ONCE THE SEARCH WAS COMPLETE, I HAD INFORMED THE OFFICER WHERE HE COULD FIND THE TREES AND THAT WAS ALL THAT WAS IN THE CAR.

MY CHILDREN AND I WERE IN A PANIC, THINKING, NOT KNOWING IF I WAS GOING TO BE CARTED OFF

76

EXHIBIT # 10

TO JAIL WAY OUT THERE TOO FAR FROM HOME AND TOO FAR AWAY FROM OUR DISTINATION.   I ASKED THE OFFICER THAT WAS DOING SOME TYPING AT THE DESK IN FRONT OF WHERE THEY HAD SAT US, IF HE KNEW WHERE I COULD GET TESTED FOR POISONS, AND THAT IS WHAT I HAD PLANNED ON DOING WITH SOME OF THE TREE, HE LOOKED AT ME REALLY STRANGE BUT SAID "NO".

WHEN THE SEARCH WAS COMPLETE THERE WAS THREE OFFICERS THAT WALKED IN THE DOOR AND ONE SAID "OKAY FOUND ALL THE MARRIJUNA, GOT THREE PACKS" BEFORE HE COULD SAY ANYTHING ELSE AN OFFICER SAID "GIVE ME ONE OF THOSE" AND THE OFFICER WITH THE PACKS STATED "OH NO "HE" I REPEAT "HE" (NO NAME) SAID HE WANTED "ALL THREE" AGAIN "HE" (NO NAME) "SAID HE WANTED "ALL THREE" PACKS OF MARRIJUNA BACK.

AFTER THAT WE KINDA SAT THERE IN LIMBO WHILE THEY DEALT WITH SOME OTHER MEN, WHILE THE REST OF THE OFFICERS DISCUSSED VACATIONING.    FINALLY SOMEONE ASKED WHAT WAS THE DEAL WITH US AND SOMEBODY SAID "WE STILL WAITING ON WARRANT CHECK TO COME IN WHICH IT HAD BUT NO ONE PAID ATTENTION, WHEN THEY FOUND IT, IT WAS HANDED OVER TO AN OFFICER THAT STARTED MAKING PHONE CALLS, MY CHILDREN REALLY STARTED CRYING THEN, ME TOO BUT I'M THE MOMMA SO I HAD TO ACT MY STRONGEST, THE OFFICER AT THE DESK IN FRONT OF US SAID "ITS A NO RETAIN WARRANT DON'T WORRY YOU ALL WILL BE OKAY" I MUST SAY THAT DID NOT HELP ONE BIT, WE SAT THERE EVEN LONGER, THEN ONCE AGAIN SOMEONE ASKED WHY WE WERE STILL THERE AND EVERYBODY WAS LIKE I THOUGHT YOU WERE HANDLING HER, SO THE OFFICER AT THE DESK SAID "OK THAT'S A NO RETENTION WARRANT THEY STATED THEY DON'T WANT YOU SO YOU ARE FREE TO GO" MY CHILDRENS BOTHS WENT "YEESS"

SERIOUSLY THINKING I WAS GOING TO BE GIVEN A TICKET, CITATION OR SOME FORM OF PAPERWORK FOR THE TREES, BUT "NO" HE SAID "YOU'RE FREE TO LEAVE" AND WITH THAT WE GOT UP AND GOT ON. ONCE OUTSIDE THE OFFICER THAT WAS STANDING THERE TOLD ME TO MAKE SURE EVERYTHING I HAD

77

EXHIBIT #10   pg5

WAS STILL IN THE CAR AND ALL WAS WELL BEFORE I PULL OFF, I DID THAT AS QUICKLY AS POSSIBLE,

GOT IN MY CAR AND TRIED NOT TO KICK ROCKS AND BURN RUBBER AS I DID SO.    MIGHT I ADD THEY

TOOK "EVERY PEICE OF TREE EVEN THE SMALLEST OF ROACHES (DOOBIE)

BRIGETTE MICHELLE HUIT

EXHIBIT# 10    196

MARIJUANA WAS ILLEGAL, I ASKED THE DESK OFFICER IF HE KNEW WHERE I COULD GET POISON TESTING. THE SEARCH OFFICER RETURNED EXCLAIMING " I HAVE ALL OF THEM ", THE DESK OFFICER ASKED FOR ONE OF THE THREE PACKAGES, THE SEARCH OFFICER STATED " NO BRO, HE SAID HE WANTED THEM ALL BACK ". THE PACKS OF MARIJUNA I HAD PURCHASED FROM THE GREEN CROSS DISPENSARY LOCATED AT 1658 WEST CARSON STREET TORRANCE CALIFORNIA 90501 WERE THE ONLY ITEMS TAKEN DURING THE SEARCH. I LEFT THE TEXAS BOARDER PATROL WITHOUT A TICKET OR CITATION.

20.    EXHIBIT # 11 YEARS OF TERROR, FRANK TREVINO HAS BEEN HARASSING, STALKING AND TERRIFYING MY FAMILY

SEPTEMBER 2014 MOVED INTO THE SCOTTSDALES TOWNHOME ASSOCIATION IN THE CITY OF CARSON CALIFORNIA.

JANUARY 2015 SMALL FIRE BREAKS OUT DOWN STAIRS IN GARAGE AT WATER HEATER BETWEEN NEIGHBORING RESIDENCE AND MY RESIDENCE, NO MAJOR DAMAGE, NEIGHBORS FORCED TO RELOCATE. I WAS TOLD THE CAUSE FOR FIRE WAS OUR UPSTAIRS HEATING SYSTEM CLOGGED VENT. CONSTRUCTION MEN MOVE INTO THE THREE NEIGHBORING TOWNHOMES REPAIR CONSTRUCTION BEGINS OUR HEATING SYSTEM IS COMPLETELY REPLACED BUT NOT BY CONSTRUCTION WORKERS LIVING IN TOWNHOMES.

FEBUARY - MARCH 2015 HOME HEATING SYSTEM BLOWING COLD AIR, SAME REPAIRMAN RETURNS ANGRY MAKE ADJUSTMENTS STATES HE WILL NOT RETURN AGAIN.

NOTICE WALLS IN RESIDENCE ALTERED.

APRIL 2015 PLACE COMPLAINT LETTER AGAINST FRANK TREVINO IN RESIDENTIAL MAILBOX IN FRONT OF SCOTTSDALE'S MANAGEMENT OFFICE, AFTER CLOSE OF LOCAL POST OFFICE, SATURDAY AFTERNOON, FOLLOWING MONDAY, TWO DAYS AFTER PLACING THE COMPLAINT IN MAILBOX I RECEIVE AN LETTER ADDRESSED FROM

80

EXHIBIT # 11    Pg1

THE OFFICE OF ADMINSTRATORS, DENYING MY CLAIM.

JUNE 25 2015 2 50 P.M. TOOK CHILDREN TO HARBOR UCLA MEDICAL CENTER EMERGENCY DEPARTMENT TO BE TESTED FOR POISONS.

HARBOR UCLA MEDICAL CENTER REFUSED TO TEST US, OPENED CHILD PROTECTION CASE, MENTAL HEALTH INQUIRY AND TESTING FOR HEAVY DRUGS.

NEVER TESTED FOR HEAVY METALS.

FROM THAT POINT TO PRESENT, DOCTORS HAVE REFUSED TO TEST ME FOR HEAVY METALS.

JULY 6 2015 5 30 P.M. LIFTED CEILING IN BEDROOM CLOSET WITH BROOM HANDLE, CEILING LIFTED LIKE A FLAT OF PAPER.

WE HEARD THREE OR FOUR MEN RUNNING ACROSS OUR CEILING, NOT SPEAKING ENGLISH.

MY CHILDREN WERE SCARED TO DEALTH.

DISCOVERED WOOD PLANKS LEADING FROM TOWNHOME NEXT DOOR TO MY YOUNGEST DAUGHTER AND MY BEDROOM CLOSETS.

BIG BOOT PRINTS.

EXHIBIT #11    132

FOLLOWING SATURDAY FRANK TREVINO CLEARS FAR LANE ON THE 110 HARBOR FREEWAY NORTHBOUND DRIVING A BIG BLACK AND WHITE JEEP WITH AN EXTENDED ANTENNA, I THOIUGHT IT WAS AN EMERGENCY VEHICLE I MOVE OVER ONE LANE THE JEEP PULLS ALONG SIDE OF ME TREVINO WAS DRIVING, HE GLARED AT ME FOR A FEW MOMENTS THEN SPED OFF.

THE NEXT DAY TREVINO PULLED ALONG SIDE OF ME AGAIN WEARING AN BENNIE CAP ROLLED UP, HE GLARED AT ME THEN SPED OFF.

THE FOLLOWING DAY TREVINO PULLED ALONG SIDE OF ME WEARING A SHORT BLONDE WIG AGAIN, HE GLARED AT ME AND SPED OFF. I TOOK NOTE OF THE CARS HE DROVE, WHEN I SPOTTED TREVINO THE NEXT DAY, I HIT MY GAS PEDAL. THE HOT PURSUITS BEGAN ON THIS DAY AND EVERYDAY AFTER. STARTED NOTE AND PHOTO CHRONO OF TRACKERS, CARS AND LIECENSE PLATES.

FAMILY STARTED WAKING WITH PAINS FROM HEAD, BODY, STOMACH, VOMITING, AND HAIRLOSS.

STARTED SEEING CARS SITTING OUTSIDE OF RESIDENCE

82

EXHIBIT #11    P3

WE MUST BE UNDER SOME SORT OF SURVEILLANCE, TREVINO AND/OR HIS PEOPLE WERE EVERYWHERE I WENT WAITING ON ME.

DISCOVERED HOME STEREO SPEAKERS WERE CHANGED FROM ORIGINAL STOCK.

FOUND A REDIRECT FILE ON MY PERSONAL COMPUTER.

MAY 2015 5 30 A.M. MOTHER'S DAY MORNING, TREVINO CHASES ME IN HOT PURSUIT ACROSS LOS ANGELES FREEWAYS, STARTING ON THE 110 HARBOR NORTHBOUND TO THE 10 SANTA MONICA WESTBOUND, BACK DOWN THE 10 SANTA MONICA EAST, BACK TO 110 HARBOR FREEWAY SOUTHBOUND, TO THE 105 GLENN ANDERSON FREEWAY WESTBOUND. THE SUN HAD ROSE, I EXITED THE FREEWAY AT VERMONT BOULEVARD TO SWITCH MY DIRECTION, EVEN THOUGH I WAS SCARED TO DEALTH, I STOPPED TO SEE WHO WAS CHASING ME.

TREVINO CAME FLYING OFF THE 105 FREEWAY NOT SEEEING ME IN THE DIRECTION I FAKED TO TURN WITH MY BLINKER, TREVINO TURNED SLOWLY IN MY DIRECTION.
WE MADE EYE CONTACT, TREVINO TURNED DARK RED, I HIT MY GAS PEDAL. TREVINO DID NOT FOLLOW.

83

EXHIBIT #11 A4

NOTICED MORE CARS FOLLOWING ME, STARTED SEEING FLASHES, HEARING BEEPS IN HOUSE.

FAMILY CONTINUES TO BE ILL. SOMEONE ENTERING HOME, WE CAN STILL SMELL MEN BODY ODOR, ITEMS IN HOME DESTROYED AND/OR DISAPPEAR, SOME ITEMS REAPPEAR MONTHS LATER IN MIDDLE OF FLOOR WHEN WE RETURN HOME.

USING PRODUCTS AT HOME WE CONTINUE TO FEEL ILL, NUMBING, TINGLING IN FINGERTIPS AND TOES.

REALIZED IT WAS TREVINO'S HEMI TRUCK OUTSIDE MY HOUSE EVERY MORNING AT 2 30 A. M.

JUNE 2015 DISCOVER NEEDLE SIZED PUNCTURE HOLES IN FOOD ITEM A NEIGHBORHOOD CHILD WAS ABOUT TO EAT, FURTHER INSPECTION, WE FOUND EVERY FOOD ITEM THAT COULD BE PUNCTURED HAD NEEDLE SIZED PUNCTURE HOLES INCLUDING FREEZER GOODS.

935 A. M. CALL USC HOMELAND SECURITY DEPARTMENT, ASK FRANK TREVINO WHY HE IS FOLLOWING ME, HE CHUCKLES, HANGS UP.

TEN PLUS CHILDREN IN MY RESIDENCE, THEY NOTICE GREENLIGHT IN HEATING SYSTEM.

84

EXHIBIT # 11  p95

DESTROYED, DEEP SCRATCHES IN POTS, PANS AND FURNITURE RIPPED.

FAMILY REALLY ILL, LOSS OF BREATH, SERIOUS FATIGUE, RAPID HAIR LOSS, MORE DOCTORS, NO RELIEF.

I INVESTIGATE SYMPTOMS OF FAMILY ILLNESSES, FIND HEAVY METALS AS REASON.

JUNE 25 250 P.M. TAKE FAMILY TO HARBOR UCLA MEDICAL CENTER EMERGENCY DEPARTMENT REQUESTING CHILDREN AND I BE TESTED FOR POISONING.

WE ARRIVED, AFTER BEING PURSUED AND CHASED TO THE HOSPITAL, TREVINO'S MEN WERE THERE. THE MAN REPORTING INTO THE CELLPHONE WAS MEXICAN, TALL VERY SLIM BUILT WITH BLACK HAIR COMBED BACK, HE WAS WEARING BLUEGENES A DARK BLUE T SHIRT WITH A LONG SLEEVE WIND BREAKER JACKET. HE STARRED AT ME AS HE SPOKE INTO THE PHONE, HE CONTINUED TO WATCH ME AFTER HE HUNG UP THE PHONE.

HARBOR UCLA MEDICAL CENTER EMERGENCY DEPARTMENT REFUSED TO TEST MY FAMILY AND I FOR HEAVY METAL POISONING.

85

EXHIBIT #11  86

MY RESIDENCE LEADING THE HOSPITAL AFTER HE SAW THE SUPERVISING NURSE COME FROM THE BACK TO INFORM ME THE HOSPITAL WILL NOT TEST MY FAMILY AND I.

I FOUND IT STRANGE, THE SUPERVISING NURSE COMING TO PULL ME OUT OF LINE TO SPEAK TO ME WHEN I HAD NOT REGISTERED YET,

I WAS NEXT IN LINE WHEN THE DESK PHONE RANG, THE REGISTER NURSE ANSWERED, SHE LOOKED UP AT ME, KNODDED HER HEAD AS IF SHE UNDERSTOOD, IT WAS MY TURN TO REGISTER, THE NURSE LEFT THE DESK BEFORE CALLING FORWARD, I REMANINED IN LINE UNTIL THE SUPERVISING NURSE CAME OUT, HOW DID SHE KNOW I I WAS THERE FOR POISON TESTING.

JULY 6 2015 540 P. M. LIFTED BEDROOM CEILING WITH BROOM HANDLE, HEARD MEN RUNNING, FOUND WOOD PLANKS IN ATTIC AREA OF TO MY YOUNGEST DAUGHTER'S BEDROOM AND MY OWN BEDROOM BOTH AT THE CLOSET AREAS.

JULY 7 2015 FLED THE STATE OF CALIFORNIA OUT OF FEAR FOR OUR LIVES. I TOOK ITEMS WITH ME TO HAVE TESTED FOR HEAVY METALS, MARIJUANA.

SAME FAMILIAR FACES TRACKING US OUT OF STATE .

EXHIBIT# 11 P97

JUNE 2016 SAME ISSUES BEGIN AGAIN, WALK DOWNTOWN LOS ANGELES EVERYDAY TO EVERY GOVERNMENT AND CITIZEN AGENCY ASKING

TEXAS BOARDER PATROL PULL ME IN, SEARCH MY CAR, ONLY MARIJUANA I HAD PLANNNED TO HAVE TESTED FOR POISONS DID THEY TAKE. I HAD MENTIONED POISON TESTING TO THE OFFICER AT THE DESK, HE ASKED THE SEARCH OFFICER FOR ONE OF THE ITEMS, THE SEARCH OFFICER STATED "NO BRO, HE SAID HE WANTED ALL OF BACK".

I LEFT THE TEXAS BOARDER PATROL WITHOUT AN TICKET OR CITATION, EVEN THOUGH I WAS INFORMED MARIJUANA WAS ILLEGAL IN TEXAS.

JULY 2015 - MAY 2016 RESIDED IN STATE OF TEXAS, SAME FAMILIAR FACES FROM CALIFORNIA, SAME ISSUES BEGIN.

SENT EMAIL TO FRANK TREVINO AT UNIVERSITY OF SOUTHERN CALIFORNIA EMAIL ADDRESS.

MAY 2016 RETURNED TO CALIFORNIA

87

EXHIBIT # 11   88

ASKING FOR HELP, NO ONE IN ANY OFFICE COULD OR WOULD NOT HELP ME, OR DIRECT ME WHERE I COULD GET HELP, SEE EXHIBIT # EXHAUSTED REMEDIES.

JUNE 2016 - JULY 2017 THREE ARSONS AT RESIDENCE, NO FAULT OF OURS, FAMILY FORCED TO RELOCATE.

JULY 2017 NEW RESIDENCE, ISSUES WORSEN.

AUGUST 9 2017 WEDNESDAY 2 : 41 P.M. , SUBMITTED COMPLAINT TO U. S. ATTORNEY'S OFFICE, CITIZEN COMPLAINT DIVISION.

AUGUST 11 2017 FRIDAY, RECEIVED DENIAL TO COMPLAINT FROM U. S. ATTORNEY'S OFFICE.

NOVEMEBER 2017 THANKSGIVINGS , WATER SHUT OFF TO RESIDENCE NO EXPLANATION, HAD TO USE BOTTLED WATER TO BATHE AND COOK.

DECEMBER 2017 CHRISTMAS SEASON , MAGGOTS FALLLING FROM KITCHEN CEILING. FAMILY AFRAID TO COOK AND EAT, HAD TO THROW OUT OUR CHRISTMAS DINNER .

JUNE 12 2018 TUESDAY ULD HELP. WENT TO SHERIFF CIVILIAN OVERSIGHT COMMISSION, THEY COULD NOT HELP ME, COULD NOT DIRECT ME TO WHOM COULD .

88

EXHIBIT # 11    89

JUNE 12 2018 TUESDAY 1115 A.M. DOWNTOWN LOS ANGELES POLICE HEADQUATERS ASKING FOR HELP WITH FRANK TREVINO. DESK OFFICER INFORMS ME HE COULD NOT HELP, CANNOT DIRECT ME TO ASSISTANCE. STRANGER AT POLICE DESK TELLS ME ABOUT LAPD COMMMISSIONER'S MEETING, NOT THE OFFICER AT THE FRONT DESK.

GAS METER, HOTWATER HEATER TAMPERED WITH DAILY, UNTIL NEEDED REPLACING.

JUNE 19 2018 TUESDAY 930 A.M. ATTENDED LOS ANGELES POLICE COMMISSIONER'S MEETING TO VOICE MY CONCERNS. I WAS ESCORTED TO A ROOM FOR A MENTAL EVALUATION.

FOR NEXT TWELVE MONTHS, I WAS INVESTIGATED, DRUG TESTED, OPEN CHILD CUSTODY CASE, COUNSELING AND MEETINGS.

CHILDREN DEPRESSED AND SCARE OF BEING TAKEN AWAY. NO HEAVY METAL TEST FOR MY FAMILY.

JUNE 21 2018 THURSDAY 1115 A.M. FILED COMPLAINT WITH POLICE SPECIAL INVESTIGATIONS, TO DATE NO RESPONSE.

CHILD SERVICES AND MENTAL HEALTH AT RESIDENCE WEEKLY, NO ONE WOULD LOOK AT THE EVIDENCE, THE LOCATIONS OF SURVEILLANCE EQUIPMENT OR THE LIVE

EXHIBIT # 11   B10

VIDEO ALREADY RUNNING ON MY LAPTOP, THEY WOULD STATE " WE'RE NOT HERE TO DISPROVE YOU" OR THAT'S NOT WHY I'M HERE.

MY CHILDREN CRYING, DEPRESSED AND AFRAID THEY'RE GOING TO BE TAKEN FROM ME. GRADES DROP.

WOKE UP ONE MORNING, LITERALY I HAD NO UNDERWARE, MY ONLY THREE PAIR OF JEANS AND SHOES WERE DESTROYED BEYOND REPAIR, I WAS FORCED TO WEAR MY YOUNGEST CHILDREN CLOTHES AND SHOES.

JULY 9 2018 MONDAY, RECEIVE LETTER FROM INSPECTOR GENERAL'S OFFICE INFORMING ME MY COMPLAINT HAD BEEN FORWARDED TO INTERNAL AFFAIRS GROUP TO DATE, NO RESPONSE.

MY FAMILY CONTINUES TO SUFFER ILLNESSES. NO RELIEF.

BACK OF RESIDENCE SET ON FIRE.

CHILDREN UNDER ATTACK AT SCHOOLS.

DECEMBER 18 2018 TUESDAY 500 P. M. SUBMITTED COMPLAINT AGAINST FRANK TREVINO TO ATTORNEY GENERAL'S OFFICE, IN THE RONALD REAGAN BUILDING, DOWNTOWN LOS ANGELES. AFFAIRS GROUP

90

JULY 8 2019   730 A.M.,   EXHIBIT #1   LIVE VIDEO I TESTED SIX ITEMS WITH HEALTH METRIC HEAVY METAL AND NIDS RAPID PESTICIDE TEST KITS THAT ARE USED DAILY BY FAMILY.

FOUR OUT OF THE SIX ITEMS TESTED SHOWED POSITIVE RESULTS FOR BEING CONTAMINMATION.

AUGUST 2 2019 FRIDAY, FILED COMPLAINT AGAINST FRANK TREVINO IN CENTRAL DISTRICT FREDERAL COURT CASE # C V 1 9 – 0 6 4 5 – PA - JEM .

AUGUST 7 2019 MONDAY, RECEIVED "WARNING: CASE CLOSED ON 08/05/2019 FROM CENTRAL DISTRICT FEDERAL COURT BY MAIL.

OCTOBER 2019 , MY FAMILY AND I CONTINUE TO SUFFER NO RELIEF.

CAMERA LENS DETECTED IN HOME HEATING SYSTEM THERMOSTAT .

MAGGOTS FALLING FROM KITCHEN CEILING AGAIN .

INFESTATION OF EXTRA LARGE NATS AGAIN .

EXHIBIT # 11   PS12

AND I SINCE AUGUST 2003 UNTIL PRESENT DAY 2019, TREVINO HAS INTERFEARED AND TAMPERED IN EVERY ASPECT OF MY EXSISTENCE. WHENEVER I ATTEMPT TO HANDLE BUSINESS WHILE AT THE CUSTOMER'S COUNTER THE PHONE WILL RING, ONCE ANSWERED, THE PERSON WILL LOOK AT ME AND EVERYTHING WILL CHANGE, WITH NEGATIVE RESULTS BY THE END OF THE VISIT. WHILE PUTTING THIS COMPLAINT TOGETHER I HAVE BEEN CONTINUOUSLY HAMPERED BY THE TAMPERING FROM THE NAMED PARTIES.

21. Exhibit # 12 LIST OF REPRESENTATIVES AND EXHAUSTED REMEDIES, ONCE MY FAMILY AND I RETURNED TO CALIFORNIA, HAVING SUFFERED THE SAME TORTURE IN THE STATE OF TEXAS, I CONTACTED EVERY STATE REPRESENTATIVE,

SEPT 27 2018

EXHAUSTED REMEDIES

IF I WERE IN A COURT OF LAW THIS WOULD BE MY TESTIMONY, MY NAME IS BRIGETTE MICHELLE HUIT

LAST HUIT

THIS IS A LIST OF REPRESENTATIVES I'VE ATTEMPTED TO CONTACT CONCERNING THIS ISSUE OF

DOMESTIC TERRORISM AND HUMAN TRAFFICKING AND THEIR DEPUTIES OR RECEPTIONIST RESPONSE

TO MY CLAIM AND CONCERN .

ACLU -  WE DO NOT HAVE THE RESOURCES TO LITIGATE YOUR ISSUE , WE HAVE OVER 75  CASE MORE

IMPORTANT THAN YOURS.

AIR FORCE BASE (ELSEGUNDO)  SPOKE WITH AN PREGENANT FEMALE OFFICER, SHE TOOK NOTES, SAID

SHE WOULD SPEAK WITH FELLOW COMMAND BUT THAT THEY THE AIR FORCE DID NOT HANDLE SUCH

ISSUES.

93

EXHIBIT #12    PS1

ATTORNEY GENERAL OFFICE – THEIR OFFICE DID NOT HANDLE SUCH CASES AND THEY DO NOT KNOW WHAT I CAN DO NEXT.  ( 12/18/18  AT 5 P.M.  I WALKED 117 PAGE COMPLAINT INTO ATTORNEY GNERAL'S OFFICE LOCATED IN RONALD REAGAN BUILDING DOWNTOWN LOS ANGELES.  RECEIVED AN REJECTION LETTER IN MAIL ON 12/21/18,  ATTEMPTS TO CALL AND SPEAK WITH INTERVIEWER COULD'NT GET PASS  CASEY,  NO MATER THE DAY OR TIME I CALLED   CASEY   WOULD NOT  FORWARD ME TO WHOM I WISHED TO SPECK TO .

BASS, KAREN -  MR COLIN IWU,  HE LAUGHED ABOUT MY SITUATION, NEVER TOOK ME SERIOUS , FLIRTED WITH MY COUSIN,  STATED  "HE DIDN'T THINK WHAT I MENTIONED COULD HAPPEN" BUT HE WOULD RELAY CONCERNS, " BUT REALLY THIR OFFICE DID NOT HANDLE THIS TYPE OF SITUATION.

CALIFORNIA  SECRETARY OF STATE -  THEY  DO NOT HANDLE THIS SITUATION, CHECK WITH FBI.

DEPARTMENT OF BUSINESS OVERSIGHT -  WRONG OFFICE BUT TRY THE INSPECTOR GENERAL'S OFFICE.

DEPARTMENT OF JUSTICE " CITIZEN COMPLAINT" -  COMPLETED AN COMPLAINT FORM, HANDED IT TO THE RECEPTIONIST, MID NOON,  THE VERY NEXT DAY I HAD AN REJECTION LETTER IN MY MAIL STATING THEIR OFFICE DID NOT HANDLE THIS ISSUE.   THE SIGNATURE DIDN'T LOOK REAL TO ME , SO THE NEXT DAY I RETURNED TO INQUIRE ABOUT THE SIGNATURE AND WAS TOLD BY THE RECEPTIONIST " I DON'T KNOW THE PERSON BUT I SEE THAT SIGNATURE EVERYDAY, SO YES IT'S REAL" (I HAVE THE LETTER).

94.

EXHIBIT #12        P.2

FBI – PHJONED MAYBE NINE TIMES, WAS TOLD MY CONCERNS COULD NOT HAPPEN, THEIR OFFICE DOES NOT INVESTIGATE SUCH CLAIMS AND FOR ME TO GET AN MENTAL EVELUATION.

FEINSTIEN, DIANE – PHONED  HER OFFICE ON TWO OCCASIONS, SPOKE WITH THE SAME WOMAN ON BOTH OCCASIONS, SHE ASKED ABOUT MY MENTAL STATUS, TOLD ME 'SHE DID NOT BELIEVE THIS ISSUE COULD TAKE PLACE, SHE WOULD NOT WASTE DIANE FEINSTIEN'S TIME AND HUNG UP IN MY FACE.

GARCETTI, ERIC – PHONED HIS OFFICE TWICW, KEPT GETTING VOICEMAIL RECORDER, LEFT MESSAGES, NO RESPONSE TO THIS DAY.

HARRIS, KAMALA -  MORGAN WHITE INQUIRED IF I HAD MENTAL CONCERNS,  SHE GOT AN ATTITUDE WHEN I ASKED IF SHE KNEW WHOM THE ODO WERE, (WHICH SHE DIDN'T) SHE TOLD ME TO LEAVE THEIR OFFICE BECAUSE THEIR OFFICE DID NOT HANDLE SUCH PROBLEMS FOR PEOPLE, I WALKED OUT THE OFFICE THEN THOUGHT TO GET SOME SORT OF PROOF THAT I HAD RETURNED FOR THE SECOND TIME, I HAD RUNG THE DOORBELL TO THE OFFICE, WHEN MORGAN WHITE TOLD A GENTLEMAN BY THE NAME OF JEREMY WHO WALKED UP AND ASKED IF HE COULD ASSIST ME, WHITE TOLD HIM NOT TO LET ME INTO THE OFFICE.

HOMELAND SECURITY – WRONG OFFICE, THEY ONLY DEAL WITH IMMIGRATION.

95

EXHIBIT # 12     P3

INSPECTOR GENERAL - WROTE OUT MY CONCERNS ON FORM, RECEIVED AN LETTER IN THE MAIL STATING MY CLAIM WAS FORWARDED TO THE INTERNAL AFFAIRS GROUP. NO RESPONSE TO DATE.

INTERNAL AFFAIRS – SPOKE WITH TWO REPRESENTATIVES, THEY TOOK NOTES, WROTE AN BRIEF REPORT (I HAVE A COPY) THEY SAID SOMEONE WOULD CONTACT ME. NO RESPONSE TO DATE.

LAI FEDERAL POLICE INSPECTOR – SPOKE WITH MR LAI ABOUT 15 MINS. WHEN I REALIZED THERE WAS NO RESPONSES TO WHAT I WAS CONCERNED ABOUT AND I COULD HEAR NOTHING ON THE OTHER END OF THE LINE BUT THERE WAS NO INDICATION MR LAI HAD ENDED THE CALL FROM HIS END, I SAID HELLO MAYBE FOUR TIMES, STILL NOTHING BUT AIR, I ENDED THE CALL, ATTEMPTED TO CALL BACK AND MY CALLS WENT UNANSWERED ON 1/2/19 FROM 940 A.M. TO 1015 A.M. I STOP TRYING.

LAPD POLICE COMMISSIONER'S MEETING – VOICED MY CONCERNS AND THEY OPENED CHILD CUSTODY CASE AGAINST ME, PUT UNDER EVERY INVESTIGATION YOU CAN IMAGINE , AND EXTRA MENTAL HEALTH PEOPLE AT MY DOOR BUT NO ONE TO DISPUTE MY CLAIM.

LOCAL SHERIFF'S STATIONS - CARSON SHERIFFS REFUSED TO RESPOND TO MY CALLS FOR ASSISTANCE, STATED FRANK TREVINO IS AN FRIEND AND OFFERED TO COME RETRIEVE HIS SURVEILLANCE EQUIPMENT I FOUNDINSIDE MY RESIDENCE, IF I MYSELF DID NOT WANT TO GIVE IT BACK AND THAT HE WOULD TALK TO FRANK FOR ME IF THAT WOULD MAKE ME FELL BETTER, REFUSE TO ALLOW ME TO FILE AN REPORT, THREATENED TO ARREST ME IF I CALLED THEIR STATION GAIN.

EXHIBIT #12    P54

SHERIFF STATION (IMPERIAL BRANCH) REFUSED TO ALLOW ME TO FILE AN REPORT AND TOLD ME TO LEAVE THEIR BUILDING, WHEN I ASKED FOR AN RECIEPT SINCE I HAD COME TWICE NOW I WAS TOLD "GET OUT, OUR CAMERAS WORK IF YOU NEED PROOF", ONCE OUTSIDE THE STATION WALKING TO CAR I WAS STOPPED AND THE SHERIFFS RAN MY NAME TO SEE IF THEY COULD ARREST ME.

SCHIFF, ADAM – PHONED HIS OFFICE, GOT VOICEMAIL, LEFT MESSEGES, NO RESPONSE.

SHERIFF CIVILLIAN OVERSIGHT COMMISSION - IF THE ISSUE DID NOT INVOLVE AN ACTIVE DUTY SHERIFF'S THEY COULD NOT ASSIST ME.

VILLARIGOSA, ANTONIO – PHONED HIS OFFICE TWICE, GOT VOICEMAIL, LEFT MESSEGES, NO RESPONSE.

WATERS, MAXINE – VISITED ALL OF HER OFFICES IN LOS ANGELES, FOUND RIGHT OFFICE VISITED FOUR TIME IN ATTEMPTS TO SPEAK WITH MS. WATERS, EACHTIME AN DARKSKINNED MAN WITH THICK BROWN GLASSES WOULD SPEAK WITH ME, HANDED HIM AN COMPLETE PACKAGE OF MY COMPLAINT, HE STATED "HE WOULD SEE IF MS. WATERS WANTED TO SEE THE PACKAGE BUT THAT THEIR OFFICE DID NOT HANDLE THIS SORT OF MATER.

97

EXHIBIT # 12   P95

OTHERS I ATTEMPTED TO CONTACT

DEPARTMENT OF CHILDREN SERVICES – TESTED ME FOR HEAVY DRUGS BUT REFUSED TO TEST US FOR HEAVY METALS.

UCLA HARBOR MEDICAL CENTER – EMERGENCY DEPARTMENT REFUSED TO TEST MY FAMILY FOR HEAVY METALS.

ROBERT BAER – INTERNET , NO RESPONSE.

MALCONM NANCE – INTERNET , NO RESPONSE.

TEXAS BOARDER POLICE – TOOK ITEMS I WANTED TESTED FOR HEAVY METALS TO GIVE BACK TO FRANK TREVINO AT TEXAS BOARDER.

TEXAS METROPOLIAN HOSPITAL – DOCTOR REFUSE TO TEST ME FOR HEAVY METALS UPON MY REQUEST.

LIST OF ATTORNEYS I CONTACTED

EXHIBIT #12    P96

CALIFORNIA STATE BAR

GLORIA ALRED,   LISA BLOOM,   DAN ABIR,   SANG BEUM OHN,   THE CORCHRAN FIRM,   MICHEAL AVENATTI   AND   BENJAMIN  CRUMP  JUST TO NAME A FEW.

99

EXHIBIT #12 97

CITIZEN HELP OFFICE AND LAW OFFICIAL TO ASK, BEG, CRYOUT FOR HELP, RELIEF AND ASSISTANCE WITH THIS ABUSE MY FAMILY AND I ARE SUFFERING, TO NO AVAIL, NO ONE WILL HELP US, AND EACHTIME I ASK FOR RELIEF WITH THIS ISSUE I AM THE ONE INVESTIGATED AND TESTED FOR HEAVY DRUGS WHILE NOT BEING TESTED FOR THE HEAVY METALS I SAY MY FAMILY HAS BEEN SUBJECTED TO OVER THESE YEARS. TODAY I AM STILL BEGGING FOR SOMEONE TO GET THE DEPARTMENT OF HOMELAND SECURITY (CREATE) AT USC, SECURITY INDUSTRY SPECIALIST AND FRANK TREVINO OFF US.

THE UNITED STATES COURT IS MY LAST RESORT TO SAVE MY FAMILY.

# V. CLAIMS

## Claims # 1

1 - 21   Plaintiff realleges and incorporates by reference All of the paragraphs above .

Plaintiff has a claim under 42 U. S. C. Section 1983 for violation of the following federal constitutional and statutory civil rights CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 state constitution gives Each citizen an inalienable right to pursue and obtain Privacy , UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLES 7 , 8 , 12 , FOURTH and FOURTEENTH AMENDMENT.

The above civil right was violated by the following Defendants DEPARTMENT OF HOMELAND SECURITY ( CREATE ) AT THE UNIVERSITY OF SOUTHERN CALIFORNIA , SECURITY INDUSTRY SPECIALIST INC , AND FRANK TREVINO .

List of facts supporting claim ,

1. Paragraphs 4 – 11  Exhibit #  1 - 4  , Testimony  1    SECURITY INDUSTRY SPECIALIST INC  WILLFULLY KNOWINGLY AND MALICIOUSLY ENGAGED IN CONSPIRACY WITH FRANK TREVINO .

2. Exhibit # 1 - 5  SECURITY INDUSTRY SPECIALIST INC , WILLFULY CONSPIRED , KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN ILLEGAL INSTALLATION OF SURVEILLANCE AND MONTORING EQUIPMENT INSIDE MY RESIDENCE VIOLATING MY FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , UNIVERSAL DECLARATION OF HUMAN RIGHTS AND THE FOURTEENTH AMENDMENT .

2. EXHIBIT # 2 live video 1-3, SECURITY INDUSTRY SPECIALIST INC WILLINGLY CONSPIRED KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN 24 – HOUR SURVEILLANCE OF MY FAMILY AND I IN PRIVATE AREAS OF RESIDENCE BEDROOM BATHROOMS AND SHOWERS THIS INTRUSION OF OUR PRIVACY IS VIOLATION OF OUR FEDERAL AND STATUTORY RIGHTS, CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1, state constitution gives each citizen an Inalienable right to pursue and obtain Privacy, UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLE 7, 8, 12 and FOURTEENTH AMENDMENT.

2. Exhibit # 2 live video 4 - 6, exhibit # 6, 7 SECURITY INDUSTRY SPECIALIST INC WILLFULLY CONSPIRED, KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN THE CONTAMINATION OF FOODS,

103

PERSONAL ITEMS AND MEDICATION OF MY FAMILY AND I , WHICH IS A VIOLATION OF OUR FEDERAL AND STATUTORY RIGHTS , UNIVERSAL DECLARATION OF HUMAN RIGHTS FOURTEENTH AMENDMENT and CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 .

3. Exhibit #4 SECURITY INDUSTRY SPECIALIST INC WILLFULLY CONSPIRED , KNOWINGLY PARTICIPATED IN THE ILLEGAL CONTRUCTION OF NON – TRADITIONAL ENTRYWAYS INTO OUR RESIDENCE LIFITNG MY CEILING LIKE A FLAP OF PAPER AND MEN RUNNING ACROSS MY IS AN VIOLATION OF OUR FEDERA L , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , UNIVERSAL DECLARATION OF HUMAN RIGHTS AND FOURTEENTH AMENDMENT.

4.      SECURITY INDUSTRY SPECIALIST INC WILLFULLY CONSPIRED , KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN CYBER CRIMES / HACKING VIOLATING MY FEDERAL , STATUTORY AND CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , UNIVERSAL DECLARATION OF HUMAN RIGHTS 7, 8, 12 AND FOURTEENTH AMENDMENT.

5.      SECURITY INDUSTRY SPECIALIST INC WILLFULLY CONSPIRED , KNOWINGLY PARTIPATED AND MALICIOUSLY ENGAGED IN TAMPERING WITH MY MAIL HOUSING AND FINANCES VIOLATING MY FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 AND FOURTEENTH AMENDMENT .

6.      SECURITY INDUSTRY SPECIALIST INC

105

WILLFULLY CONSPIRED , KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN BREAKING AND ENTERING OF MY RESIDENCE VIOLATING MY STATUTORY CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , UNIVERSAL DECLARATION OF HUMAN RIGHTS .

7. SECURITY INDUSTRY SPECIALIST INC WILLFULLY CONSPIRED , KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN THE TOTAL DESTRUCTION OF PROPERTY. VIOLATING MY FEDERAL , STATUTORY , FOURTEENTH AMENDMENT.

CLAIM # 2

Paragraph # 12 – 14  CIVIL RIGHTS  VIOLATION  BY  DEPARTMENT OF HOMELAND SECURITY ( CREATE ) AT THE UNIVERSITY OF SOUTHERN CALIFORNIA WILLFULLY , KNOWINGLY AND MALICIOUSLY CONSPIRED WITH FRANK TREVINO .

8.      DEPARTMENT OF HOMELAND SECURITY AT THE UNIVERSITY OF SOUTHERN CALIFORNIA (CREATE) WILLFULLY CONSPIRED , KNOWING PARTICIPATED AND MALICIOUSLY ENGAGED IN STALKING / HARASSMENT VIOLATING MY FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 AND FOURTEENTH AMENDMENT .

9.      DEPARTMENT OF HOMELAND SECURITY ( CREATE ) AT THE UNIVERSITY OF SOUTHERN CALIFORNIA WILLFULLY CONSPIRED , KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN 24 - HOUR SURVEILLANCE VIOLATING

107

MY   FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL   ARTICLE 1   SECTION 1 , UNIVERSAL   DECLARATION   OF   HUMAN RIGHTS   7 , 8, 12   AND   FOURTEENTH AMENDMENT .

10.   Exhibit # 8 OP – ED ,   DEPARTMENT OF HOMELAND SECURITY (CREATE ) AT USC WILLFULLY   CONSPIRED , KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN   CYBER CRIMES / HACKING VIOLATING OUR FEDERAL , STATUTORY CALIFORNIA   CONSTITUTIONAL   ARTICLE 1 SECTION 1 ,   UNIVERSAL   DECLARATION OF   HUMAN RIGHT   7 , 8 , 12 AND   FOURTEENTH   AMENDMENT .

11.   DEPARTMENT OF HOMELAND SECURITY ( CREATE ) AT USC WILLFULLY   CONSPIRED ,   KNOWINGLY PARTICIPATED AND   MALICIOUSLY   ENGAGED IN   TAMPERING OF   MY   MAIL , HOUSING

108

AND FINANCES VIOLATING MY FEDERAL, STATUTORY, CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1, UNIVERSAL DECLARATION OF HUMAN RIGHTS 7, 8, 12 AND FOURTEENTH AMENDMENT.

12. DEPARTMENT OF HOMELAND SECURITY (CREATE) AT USC WILLFULLY CONSPIRED, KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED BREAKING AND ENTERING OF MY HOME VIOLATING MY FEDERAL, STATUTORY, CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1, DECLARATION OF HUMAN RIGHTS 7, 8, 12 AND FOURTEENTH AMENDMENT.

13. DEPARTMENT OF HOMELAND SECURITY (CREATE) AT USC WILLFULLY CONSPIRED, KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN DESTRUCTION OF PROPERTY VIOLATING

MY FEDERAL , STATUTORY AND FOURTEENTH AMNEDMENT .

CLAIM # 3

14. Paragraphs # 15 - 21   CIVIL RIGHTS . VIOLATIONS FRANK TREVINO WILLFULLY , KNOWINGLY , AND MALICIOUSLY SOLICITATED THE DEPARTMENT OF HOMELAND SECURITY ( CREATE ) AT THE UNIVERSITY OF SOUTHERN CALIFORNIA , SECURITY INDUSTRY SPECIALIST INC AND LOS ANGELES STREET GANGMEMBERS TO PARTICIPATE IN THE VIOLATIONS OF MY CIVIL RIGHTS THUS VIOLATING MY FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , FOURTEENTH AMENDMENT .

15. FRANK TREVINO WILLFULLY , KNOWINGLY AND MALICIOUSLY ENGAGED IN CONSPIRACY WITH THE DEPARTMENT OF

110

HOMELAND SECURITY ( CREATE ) AT THE UNIVERSITY OF SOUTHERN CALIFORNIA , SECURITY INDUSTRY SPECIALIST INC AND LOS ANGELES STREET GANGMEMBERS .

16.   Exhibit # 9 -10,   FRANK   TREVINO WILLFULLY , KNOWINGLY AND MALICIOUSLY ENGAGED IN STALKING / HARASSING ME ON AN DAILY BASIC VIOLATING MY FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , UNIVERSAL DECLARATION OF HUMAN RIGHTS AND FOURTEENTH AMENDMENT .

17.   Exhibit # 2 live video 1 – 3 FRANK TREVINO WILLFULLY , KNOWINGLY , AND MALICIOUSLY ENGAGED IN ILLEGAL 24 - HOUR SURVEILLANCE OF MY FAMILY AND I VIOLATING OUR FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , UNIVERSAL DECLARATION OF HUMAN RIGHTS

111

AND FOURTEENTH AMENDMENT .

18. Exhibit # 2 live video 4 -6 , ex 6 & 7 PHOTO FRANK TREVINO WILLFULLY , KNOWINGLY AND MALICIOUSLY ENGAGED IN THE CONTAMINATION OF FOODS , PROPERTY AND MEDICATION IN MY RESIDENCE VIOLATING MY FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , UNIVERSAL DECLARATION OF HUMAN RIGHTS 7 , 8 , 12 AND FOURTEENTH AMENDMENT .

19. FRANK TREVINO WILLFULLY , KNOWINGLY AND MALICIOUSLY ENGAGED IN CYBER CRIMES / HACKING OF ALL MY TECHNOLOGY VIOLATION MY FEDERAL , STATUTORY , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 , UNIVERSAL DECLARATION OF HUMAN RIGHT AND

FOURTEENTH    AMENDMENT .

20.    FRANK TREVINO   WILLFULLY , KNOWINGLY AND MALICIOUSLY ENGAGED IN BREAKING AND ENTERING OF MY RESIDENCE VIOLATING MY FEDERAL , STATUTORY , FOURTEENTH AMENDMENT UNIVERSAL DECLARATION OF HUMAN RIGHTS 7 , 8 , 12 AND CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 RIGHTS AS AN CITIZEN OF THE UNITED STATES AND THE STATE OF CALIFORNIA.

21.    FRANK TREVINO WILLFULLY , KNOWINGLY PARTICIPATED AND MALICIOUSLY ENGAGED IN DESTRUCTION OF OUR PERSONAL PROPERTY VIOLATING OUR FOURTEENTH AMENDMENT , CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 AND UNIVERSAL DECLARATION OF HUMAN RIGHTS ,

22. EXHIBIT # 11 – 12 , FRANK TREVINO WILLFULLY KNOWINGLY AND MALICIOUSLY ENGAGED IN THE TAMPERING OF MY MAIL , HOUSING AND FINANCES WHICH IS A VIOLATION OF MY FEDERAL AND STATUTORY RIGHTS .

CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 AND UNIVERSAL DECLARATION OF HUMAN RIGHTS ..

## VI . REQUEST FOR RELIEF

WHEREFORE the Plaintiff request:  IMMEDIATE ,  INDEFINITE And PERMENANT PROTECTIVE AND  RESTRAINING ORDERS  AGAINST  THE  DEPARTMENT  OF  HOMELAND SECURITY ( CREATE ) AT USC ,   SECURITY  INDUSTRY SPECIALIST  INC   AND   FRANK   TREVINO ,    ALL CO-WORKERS ,   FAMILY ,   FRIENDS ,   COLLEAGUES AND   ASSOCIATES  OF  THE  NAMED  PARTIES .

2.  IMMEDIATE  END  TO ALL  ACTIVITIES  PERTAINING TO  ALL  ISSUES  ROSE  IN  THIS  COMPLAINT , SURVEILLANCE ,  TRACKING ,  CONTAMINATIONS , HARASSMENT ,  REMOVAL  FROM  ALL  PREMISES  OF EQUIPMENT AND  OPERATIVES  AND  RELOCATION FOR  MY  FAMILY .

3   PUNTATIVE  DAMAGES  AND  COMPENSATION FOR  THE  MANY  YEARS  OF  TERROR  MY  FAMILY , PETS  AND  I  HAVE  SUFFERED  THIS  EMOTIONAL , PSYCHOLOGICAL  ABUSE ,  TORTURE  AND  TERROR ,

FOR THE MENTAL AND PHYSICAL SUFFERING, FOR EVERY MORNING WE HAVE CONTINUED TO WAKE ILL AND BE ILL THROUGH THE DAY. DESTRUCTION OF ALL OUR PROPERTY AND FOR THE MANY YEARS THE DEFENDANTS RAN THIS CAMPAIGN OF TERROR AGAINST MY FAMILY AND I, TO KEEP US IN A CONSTANT STRUGGLE TO SIMPLY EAT A DECENT NIGHT'S MEAL OR HAVE A DECENT SET OF CLOTHING TO WEAR OR TO JUST LIVE STRESS FREE AND EMOTIONALLY STABLE WITHOUT FEAR.

4. I DEMAND AN DOCUMENT OF RETRACKSION STATING FRANK TREVINO'S CLAIM OF MY ASSISTING HIM IN THE ARREST AND CONVICTION OF AN LOS ANGELES GANGMEMBER IS FALSE AND HAS NEVER BEEN TRUE....

DATED    1/3/2020

SIGN